# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| BLUERIBBON COALITION, INC., et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, et al.,<br><br>   Defendants. | Case No. 2:23-cv-00923-DAK-JCB<br><br>**ORDER GRANTING JOINT MOTION FOR SCHEDULING ORDER ON PLAINTIFFS' MOTION FOR RELIEF UNDER 5 U.S.C. § 705, OR, ALTERNATIVELY, A PRELIMINARY INJUNCTION**<br><br>Judge Dale A. Kimball<br>Magistrate Judge Jared C. Bennett |

     Before the Court is a Joint Motion for Scheduling Order (Docket 23) by Defendants U.S. Bureau of Land Management, et al., and Plaintiffs BlueRibbon Coalition, et al. Good cause appearing, the motion is GRANTED. The Court sets the following schedule on Plaintiffs' Motion for Relief under 5 U.S.C. § 705, or, Alternatively, a Preliminary Injunction:

     1.     Defendants shall file a response on or before January 19, 2024.

     2.     Plaintiffs shall file a reply on or before February 9, 2024.

     3.     The Southern Utah Wilderness Alliance shall file any brief, whether as a Defendant-Intervenor or as proposed amicus, on or before January 26, 2024. Any such brief shall avoid redundancy and focus on arguments not raised by Defendants.

     The Court will address Plaintiffs' request to present oral argument following the close of briefing on the Motion.

SO ORDERED.

DATED January 8, 2024.

                                                    BY THE COURT:

                                                    _____
                                                    DALE A. KIMBALL
                                                    United States District Judge