Stephen H.M. Bloch (# 7813)
Laura Peterson (# 16135)
Hanna Larsen (# 18548)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
Telephone: (801) 486-3161
steve@suwa.org
laura@suwa.org
hanna@suwa.org

Attorneys for Proposed Defendant-Intervenor
Southern Utah Wilderness Alliance

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLUERIBBON COALITION, INC. *et al.*,<br><br>　Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>　Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>　Proposed Defendant-Intervenor. | Case No. 2:23cv923-DAK-JCB<br><br>**SUWA'S REQUEST TO SUBMIT FOR DECISION AND EXPEDITED CONSIDERATION**<br><br>Judge Dale A. Kimball<br>Magistrate Judge Jared C. Bennett |

　　Pursuant to D.U. Civ. R. 7-3, Southern Utah Wilderness Alliance (SUWA) respectfully requests that its pending Motion to Intervene be submitted for decision. SUWA filed its Motion

on December 29, 2023 (ECF No. 15). Plaintiffs Blue Ribbon Coalition *et al.*, filed their Memorandum in Opposition on January 9, 2024 (ECF No. 26). Federal Defendants have indicated that they take no position on SUWA's Motion. SUWA filed a Reply in support of its Motion on January 16, 2024 (ECF No. 27).

No party has requested a hearing and SUWA does not believe oral argument is necessary to resolve its Motion.

Expedited consideration of SUWA's Motion is warranted because Plaintiffs are seeking emergency injunctive relief and the Court has already scheduled a hearing on that request for February 21, 2024.

Respectfully submitted this 16th day of January, 2024.

/s/ *Laura Peterson*
_____
Laura Peterson
Stephen Bloch
Hanna Larsen

Attorneys for Proposed Defendant-Intervenor
Southern Utah Wilderness Alliance