# IN THE UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF UTAH

| | |
|---|---|
| BLUERIBBON COALITION, INC. *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, *et al.*, <br><br> Defendants, <br><br> and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br> Proposed Defendant-Intervenor. | ORDER GRANTING MOTION TO INTERVENE <br><br> Case No. 2:23-CV-923-DAK-JCB <br><br> Judge Dale A. Kimball <br><br> Magistrate Judge Jared C. Bennett |

This matter comes before the Court upon the Motion to Intervene filed by proposed Defendant-Intervenor Southern Utah Wilderness Alliance. Having reviewed the Motion and opposition thereto, and determined that intervention is warranted, SUWA's Motion is GRANTED.

Signed this 29th day of January 2024.

BY THE COURT:

Dale A. Kimball
United States District Judge