
| | |
|---|---|
| Russell A. Nevers (Utah Bar No. 13940)<br>FREEMAN LOVELL, PLLC<br>4568 S Highland Drive, Suite 290<br>Salt Lake City, Utah 84117<br>Telephone: (385) 355-4826<br>Email: russ@freemanlovell.com | James Rogers (Utah Bar No. 18783)<br>Nicholas Barry (Admitted Pro Hac Vice)<br>AMERICA FIRST LEGAL FOUNDATION<br>611 Pennsylvania Ave, SE #231<br>Washington, DC 20003<br>Telephone: (202) 964-3721<br>Email: nicholas.barry@aflegal.org<br>         james.rogers@aflegal.org |
| Robert Henneke (Admitted Pro Hac Vice)<br>Matthew Miller (Admitted Pro Hac Vice)<br>Nate Curtisi (Admitted Pro Hac Vice)<br>Chance Weldon (Admitted Pro Hac Vice)<br>TEXAS PUBLIC POLICY FOUNDATION<br>901 Congress Avenue<br>Austin, Texas 78701<br>Telephone: (512) 472-2700<br>Email: rhenneke@texaspolicy.com<br>         mmiller@texaspolicy.com<br>         ncurtisi@texaspolicy.com<br>         cweldon@texaspolicy.com | |

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| BLUERIBBON COALITION, INC.;<br>PATRICK MCKAY; and COLORADO<br>OFFROAD TRAIL DEFENDERS,<br><br>        Plaintiffs,<br>v.<br><br>BUREAU OF LAND MANAGEMENT, U.S.<br>DEPARTMENT OF THE INTERIOR,<br><br>        Defendants. | **NOTICE OF SUBSTITUTION OF<br>COUNSEL FOR PLAINTIFFS**<br><br><br>Civil No. 2:23-cv-00923-DAK<br><br>Honorable Dale A. Kimball |

1

Attorney Krystaly N. Koch (Utah Bar No. 16491) of the law firm of Freeman Lovell, PLLC, hereby enters her appearance on behalf of Plaintiffs BlueRibbon Coalition, Inc., Patrick McKay, and Colorado Offroad Trail Defenders in the above-captioned action in place of Attorney Russell A. Nevers. Ms. Koch is aware of and will comply with all pending deadlines.

Dated April 16, 2024

FREEMAN LOVELL, PLLC

*/s/ Krystaly N. Koch*
Krystaly N. Koch

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2024, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the District of Utah by using the CM/ECF system, which will serve a copy of same on all counsel of record.

*/s/ Krystaly N. Koch*
Krystaly N. Koch