# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| BLUERIBBON COALITION, INC.; PATRICK MCKAY; and COLORADO OFFROAD TRAIL DEFENDERS,<br><br>    Plaintiffs,<br>v.<br><br>Bureau of Land Management, U.S. Department of the Interior,<br><br>    Defendant. | **MOTION FOR PRO HAC VICE ADMISSION**<br><br>Civil No. 2:23-cv-00923-DAK<br><br>Honorable Dale A. Kimball |

I move for the pro hac vice admission of Clayton Way Calvin (Applicant) as counsel for Plaintiffs BlueRibbon Coalition, Colorado Offroad Trail Defenders, and Patrick McKay, and I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

Date: July 24, 2024

Respectfully submitted,

/s/ Krystaly N. Koch
KRYSTALY N. KOCH
Utah Bar No. 16491
krystaly.koch@freemanlovell.com
FREEMAN LOVELL, PLLC
9980 S 300 W
Sandy, UT 84070
(385) 462-2774

1

*Attorney for Plaintiffs BlueRibbon Coalition, Colorado Offroad Trail Defenders, and Patrick McKay*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2024, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Western District of Texas by using the CM/ECF system, which will serve a copy of same on all counsel of record.

/s/ *Krystaly N. Koch*
KRYSTALY N. KOCH