

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**APPLICATION FOR PRO HAC VICE ADMISSION**

### CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Krystaly N. Koch |
| Firm: | 9980 S 300 W |
| Address: | Sandy, UT 84070 |
| | |
| Telephone: | (385) 462-2774 |
| Email: | krystaly.koch@freemanlovell.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | Clayton Way Calvin |
| Firm: | Texas Public Policy Foundation |
| Address: | 901 Congress Ave. |
| | Austin, Texas 78701 |
| | |
| Telephone: | (512) 472 – 2700 |
| Email: | ccalvin@texaspolicy.com |

An applicant who intends to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☒ Motion/Reciprocal

### STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| State Bar of Texas | 24132780 | 11/17/2023 |
| Supreme Court of Texas | | 11/17/2022 |
| United States 5th Circuit Court of Appeals | | 6/19/2023 |
| United States District Court of the Western District of Texas | | 12/7/2023 |
| United States District Court of the Eastern District of Texas | | 1/9/2023 |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?      ☐ Yes          ☒ No

If yes, please explain:

<br>

## <u>LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH<br>IN THE PREVIOUS 5 YEARS</u>

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | Yes | No |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_/s/ Clayton Way Calvin_____      7/24/2024___ _____
Signature                                          Date