# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| BLUERIBBON COALITION, INC.; PATRICK MCKAY; and COLORADO OFFROAD TRAIL DEFENDERS,<br><br>      Plaintiffs,<br>v.<br><br>Bureau of Land Management, U.S. Department of the Interior,<br><br>      Defendant. | **MOTION FOR PRO HAC VICE ADMISSION**<br><br>Civil No. 2:23-cv-00923-DAK<br><br>Honorable Dale A. Kimball |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Clayton Way Calvin. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is **GRANTED/DENIED**.

DATED this ____ day of _____, 2024.

BY THE COURT:

_____
Name
Title

1