# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| BLUERIBBON COALITION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants, <br><br> and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, et al., <br><br> Defendant-Intervenors. | ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION <br><br> Case No. 2:23-cv-00923-DAK-JCB <br><br> District Judge Dale A. Kimball <br><br> Magistrate Judge Jared C. Bennett |

Before the court is Plaintiffs' motion for pro hac vice admission of Clayton Way Calvin.[1]

Based upon the motion's compliance with DUCivR 83-1.1(c), the court GRANTS the motion.

IT IS SO ORDERED.

DATED this 25th day of July 2024.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge

---

[1] ECF No. 61.