# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLUERIBBON COALITION, INC., *et al.*, <br><br> and <br><br> STATE OF UTAH, *et al.*, <br><br>     Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, *et al.*, <br><br>     *Defendants*, <br> and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br>     *Intervenor-Defendant.* | Case Nos. 2:23-cv-00923-DAK <br>            4:24-cv-00046-DAK <br><br> **ORDER GRANTING MOTION TO CONSOLIDATE** <br><br><br> Judge Dale A. Kimball <br> Magistrate Judge Jared C. Bennett |

    Before the Court is a Joint Motion for Consolidation by Plaintiffs BlueRibbon Coalition, et al. and Defendants U.S. Bureau of Land Management, et al. For good cause appearing, the motion is GRANTED.

DATED this 29th day of July 2024.

BY THE COURT:

*/s/ Dale A. Kimball*
DALE A. KIMBALL
United States District Judge

#