TODD KIM, Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

PAUL A. TURCKE, Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Federal Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLUERIBBON COALITION, INC., *et al.*,<br><br>and<br><br>STATE OF UTAH, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>    Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>    Defendant-Intervenor. | Case Nos.  2:23-cv-00923-DAK (lead)<br>            4:24-cv-00046-DAK<br><br><br><br>**JOINT MOTION FOR SCHEDULING ORDER IN AN ADMINISTRATIVE CASE UNDER DUCivR 7-4**<br><br><br><br><br>District Judge Dale A. Kimball<br>Magistrate Judge Jared C. Bennett |

In these consolidated cases, Plaintiffs challenge a decision made by the U.S. Bureau of

Land Management, a federal administrative agency. Because the Court will review the Bureau's

decision based on the administrative record and under the Administrative Procedure Act's arbitrary and capricious standard of review, the case is governed by DUCivR 7-4.  The Court has granted the parties' motion to consolidate these cases, and the parties have agreed upon a schedule that will coordinate the briefing and submission of this matter to the Court for determination on the merits.  Pursuant to DUCivR 7-4(c), Plaintiffs, Federal Defendants U.S. Bureau of Land Management, *et al*., and Defendant-Intervenor Southern Utah Wilderness Alliance therefore move the Court to approve the attached Proposed Scheduling Order to address further proceedings in these consolidated cases.

DATED: July 30, 2024.

Respectfully submitted,

<u>/s/ Matthew Miller</u> (consent)
Robert Henneke (Admitted *Pro Hac Vice*)
Chance Weldon (Admitted *Pro Hac Vice*)
Matthew Miller (Admitted *Pro Hac Vice*)
Clayton Calvin (Admitted *Pro Hac Vice*)
TEXAS PUBLIC POLICY FOUNDATION
901 Congress Avenue
Austin, Texas 78701
Telephone: (512) 472-2700
rhenneke@texaspolicy.com
cweldon@texaspolicy.com
mmiller@texaspolicy.com
ccalvin@texaspolicy.com

<u>/s/ Jake Garfield</u>  (consent)
Jake Garfield (UT #15603)
State of Utah
1594 W. North Temple St.
Salt Lake City, UT 84092
Telephone: (801) 574-8845
jgarfield@agutah.gov

*Attorneys for Plaintiffs*

James Rogers (UT #18783)
Nicholas Barry (Admitted *Pro Hac Vice*)
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave, SE #231
Washington, DC 20003
Telephone: (202) 964-3721
nicholas.barry@aflegal.org
james.rogers@aflegal.org

Krystaly Koch (UT #16491)
FREEMAN LOVELL, PLLC
4568 S Highland Drive, Suite 290
Salt Lake City, Utah 84117
Telephone: (385) 355-4826
krystaly.koch@freemanlovell.com

| | |
|---|---|
| */s/ Paul A. Turcke*<br>TODD KIM, Assistant Attorney General<br>United States Department of Justice<br>Environment & Natural Resources Division<br><br>PAUL A. TURCKE, Trial Attorney<br>Natural Resources Section<br>1290 West Myrtle Street, Suite 500<br>Boise, ID 83702<br>Tel: (202) 532-5994<br>paul.turcke@usdoj.gov<br><br>*Attorneys for Federal Defendants* | */s/ Hanna Larsen* (consent)<br>Stephen H.M. Bloch (UT #7813)<br>Laura Peterson (UT #16135)<br>Hanna Larsen (UT #18458)<br>SOUTHERN UTAH WILDERNESS ALLIANCE<br>425 East 100 South<br>Salt Lake City, UT 84111<br>(801) 486-3161<br>steve@suwa.org<br>laura@suwa.org<br>hanna@suwa.org<br><br>*Attorneys for Defendant-Intervenor* |