KATHY A.F. DAVIS (4022)
K. TESS DAVIS (15831)
JAKE M. GARFIELD (15603)
Assistant Attorneys General
Utah Attorney General's Office
KENDALL G. LAWS (14700)
Special Assistant Attorney General
SEAN D. REYES (7969)
UTAH ATTORNEY GENERAL
1594 West North Temple, Suite 300
Salt Lake City, Utah 84116
kathydavis@agutah.gov
kaitlindavis@agutah.gov
jgarfield@agutah.gov
klaws@utah.gov

*Attorneys for Plaintiffs State of Utah, et al.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLUERIBBON COALITION, INC., *et al.*, and STATE OF UTAH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, *et al.*, <br><br> Defendants, <br><br> and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br> Intervenor-Defendant. | Case Nos.  2:23-cv-00923-DAK (lead) <br>              4:24-cv-00046-DAK <br><br> **[PROPOSED] ORDER GRANTING LEAVE TO AMEND COMPLAINT** <br><br><br><br><br><br><br><br> District Judge Dale A. Kimball <br> Magistrate Judge Jared C. Bennett |

Plaintiffs the State of Utah, *et al.,* have filed an unopposed motion for leave to amend their complaint.[1] The proposed amended complaint has also been filed with the Court as an exhibit to the motion. Plaintiffs BlueRibbon Coalition, Federal Defendants, and Defendant-Intervenor do not oppose the motion. Having considered the motion, and for good cause shown, the Court grants State plaintiffs leave to amend their complaint.

DATED: this _____ day of _____, 2024.

BY THE COURT

_____
District Judge Dale A. Kimball
Magistrate Judge Jared C. Bennett

---

[1] ECF No 1, No. 4:24-cv-00046-DAK, later consolidated with the above-captioned case at ECF No. 63, No. 2:23-cv-00923-DAK-JCB.