KATHY A.F. DAVIS (4022)
K. TESS DAVIS (15831)
JAKE M. GARFIELD (15603)
Assistant Attorneys General
Utah Attorney General's Office
KENDALL G. LAWS (14700)
Special Assistant Attorney General
SEAN D. REYES (7969)
UTAH ATTORNEY GENERAL
1594 West North Temple, Suite 300
Salt Lake City, Utah 84116
kathydavis@agutah.gov
kaitlindavis@agutah.gov
jgarfield@agutah.gov
klaws@utah.gov

*Attorneys for Plaintiffs State of Utah, et al.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLUERIBBON COALITION, INC., *et al.*, and STATE OF UTAH, *et al.*, <br><br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Intervenor-Defendant. | Case Nos.  2:23-cv-00923-DAK (lead)<br>4:24-cv-00046-DAK<br><br><br><br>**UNOPPOSED MOTION TO AMEND SCHEDULING ORDER IN CONSOLIDATED ADMINISTRATIVE CASES UNDER DUCivR 7-4**<br><br><br><br><br><br>District Judge Dale A. Kimball<br>Magistrate Judge Jared C. Bennett |

Pursuant to Rule 7-4(c) of the Local Rules of Civil Practice of the United States District Court for the District of Utah, the Plaintiffs the State of Utah, *et al*., hereby submit this Motion to Amend Scheduling Order and vacate the existing Scheduling Order previously issued by the Court on July 30, 2024.[1] The State Plaintiffs have conferred with the parties, and all parties have agreed to the dates proposed in this Motion. A Proposed Order is attached to this Motion and will be emailed to the Court in an editable format. The cause for this Motion to Amend Scheduling Order is the Motion for Leave to Amend Complaint filed simultaneously by the State Plaintiffs.[2] State Plaintiffs have moved to amend their complaint due to this Court's recent decision in a relevant case, *Kane Cnty v. United States*., 2:10-cv-01073, (D. Utah, Aug. 9, 2024), Dkt. 792, which the State Plaintiffs believe will have significant implications for the present case. An amended scheduling order, as proposed, will provide the parties sufficient time for briefing due to the State Plaintiffs' [Proposed] Amended Complaint.

**I.     Existing Dates:**

a.  Plaintiffs' Opening Briefs: **September 6, 2024.**

b.  Federal Defendants' Response Briefs: **November 5, 2024.**

c.  Intervenor-Defedant's Response Brief: **November 19, 2024.**

d.  Plaintiffs' Reply Briefs: **December 20, 2024.**

**II.    Proposed Dates:**

---

[1] ECF No. 65, No. 2:23-cv-00923-DAK-JCB.
[2] ECF No. 66, No. 2-23-cv-00923-DAK-JCB.

a. Plaintiffs' Opening Briefs: **November 5, 2024.**

b. Federal Defendants' Response Brief: **January 10, 2025.** Federal Defendants shall file a single consolidated Response Brief addressing Plaintiffs' Opening Briefs in both cases. As a result, the page limit in DUCivR 7-4(d)(4) is extended to 20,000 words.

c. Intervenor-Defendant's Response Brief: **January 24, 2025.** Intervenor-Defendant shall file a single consolidated Response Brief addressing Plaintiffs' Opening Briefs in both cases, which shall strive to not be duplicative of the Federal Defendants' Response Brief. The page limit in DUCivR 7-4(d)(4) is extended to 16,500 words.

d. Plaintiffs Reply Briefs: **February 18, 2025.** The page limit in DUCivR 7-4(d)(4) is extended to 9,750 words for each Reply Brief.

e. The parties agree not to oppose a reasonable request for further extensions of page limits as may become necessary upon preparation of any of the above-described briefs.

DATED: August 30, 2024

Respectfully submitted,

/s/ Jake M. Garfield

Kathy A.F. Davis (4022)
K. Tess Davis (15831)
Jake M. Garfield (15603)
1594 West North Temple, Suite 300

3

Salt Lake City, Utah 84116
kathydavis@agutah.gov
kaitlindavis@agutah.gov
jgarfield@agutah.gov
klaws@utah.gov

*Attorneys for Plaintiffs State of Utah, et al.*