KATHY A.F. DAVIS (4022)
K. TESS DAVIS (15831)
JAKE M. GARFIELD (15603)
Assistant Attorneys General
Utah Attorney General's Office
KENDALL G. LAWS (14700)
Special Assistant Attorney General
SEAN D. REYES (7969)
UTAH ATTORNEY GENERAL
1594 West North Temple, Suite 300
Salt Lake City, Utah 84116
kathydavis@agutah.gov
kaitlindavis@agutah.gov
jgarfield@agutah.gov
klaws@utah.gov

*Attorneys for Plaintiffs State of Utah, et al.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLUERIBBON COALITION, INC., *et al.*, <br><br> and <br><br> STATE OF UTAH, *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, *et al.*, <br><br>    Defendants, <br><br> and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br>    Intervenor-Defendant. | Case Nos.  2:23-cv-00923-DAK (lead) <br>                   4:24-cv-00046-DAK <br><br><br> **[PROPOSED] AMENDED SCHEDULING ORDER IN CONSOLIDATED ADMINISTRATIVE CASES UNDER DUCivR 7-4** <br><br><br><br><br> District Judge Dale A. Kimball <br> Magistrate Judge Jared C. Bennett |

Pursuant to Rule 7-4(c) of the Local Rules of Civil Practice of the United States District Court for the District of Utah, the Plaintiffs the State of Utah *et al* submit this Proposed Unopposed Modified Scheduling Order. The Court previously issued a Scheduling Order on July 30, 2024.[1] The State of Utah, *et al.,* has simultaneously filed an Unopposed Motion for Leave to Amend Complaint.[2] The State of Utah, *et al.,* now seeks to modify the Scheduling Order to allow time for additional briefing due filing of the State's Proposed Amended Complaint.

## I. Filing Dates of Relevant Documents

The Court hereby vacates the Scheduling Order in Consolidated Administrative Cases Under DUCivR 7-4, ECF No. 65 in No. 2:23-cv-00923, and enters the following schedule to govern further proceedings in these consolidated cases.

a.  Plaintiffs' Opening Briefs: November 5, 2024.

b.  Federal Defendants' Response Brief: January 10, 2025. Federal Defendants shall file a single consolidated Response Brief addressing Plaintiffs' Opening Briefs in both cases. As a result, the page limit in DUCivR 7-4(d)(4) is extended to 20,000 words.

c.  Intervenor-Defendant's Response Brief: January 24, 2025. Intervenor-Defendant shall file a single consolidated Response Brief addressing Plaintiffs' Opening Briefs in both cases, which shall strive to not be duplicative of the

---

[1] ECF No. 65, No. 2:23-cv-00923-DAK-JCB.
[2] ECF No. 66, No. 2:23-cv-00923-DAK-JCB.

|   |   |
|---|---|
|   | Federal Defendants' Response Brief.  The page limit in DUCivR 7-4(d)(4) is extended to 16,500 words. |
| d. | Plaintiffs Reply Briefs: February 18, 2025.  The page limit in DUCivR 7-4(d)(4) is extended to 9,750 words for each Reply Brief. |
| e. | The parties agree not to oppose a reasonable request for further extensions of page limits as may become necessary upon preparation of any of the above-described briefs/. |

DATED: this _____ day of _____, 2024.

BY THE COURT

_____
District Judge Dale A. Kimball
Magistrate Judge Jared C. Bennett