# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **BLUERIBBON COALITION, INC., et al.;** and **STATE OF UTAH, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. BUREAU OF LAND MANAGEMENT, et al.,**<br><br>Defendants,<br><br>and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE,**<br><br>Intervenor-Defendant. | **ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>Case Nos. 2:23-cv-00923-DAK (lead) 4:24-cv-00046-DAK<br><br>**District Judge Dale A. Kimball**<br><br>**Magistrate Judge Jared C. Bennett** |

District Judge Dale A. Kimball referred this case to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(A).[1] Before the court is Consol Plaintiff State of Utah's ("State of Utah") unopposed motion for leave to file an amended complaint.[2] The proposed Amended Complaint has been filed with the court as an exhibit to the motion.[3] Plaintiffs BlueRibbon Coalition, Inc., Federal Defendants, and Defendant-Intervenor do not oppose the motion. Based

---

[1] ECF No. 14.

[2] ECF No. 66.

[3] ECF No. 66-2.

upon the parties' stipulation, the court GRANTS the motion. Accordingly, State of Utah shall file its Amended Complaint on or before September 18, 2024.

IT IS SO ORDERED.

DATED this 4th day of September 2024.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge