# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| BLUERIBBON COALITION, INC., et al.; and STATE OF UTAH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants, <br><br> and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br> Intervenor-Defendant. | AMENDED SCHEDULING ORDER IN CONSOLIDATED ADMINISTRATIVE CASES UNDER DUCivR 7-4 <br><br> Case Nos. 2:23-cv-00923-DAK (lead) 4:24-cv-00046-DAK <br><br> District Judge Dale A. Kimball <br><br> Magistrate Judge Jared C. Bennett |

District Judge Dale A. Kimball referred this case to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(A).[1] Before the court is an unopposed motion for amended scheduling order.[2] For the reasons set forth in the motion, for good cause shown, and based upon the parties' stipulation, the court GRANTS the motion. The court hereby vacates the

---

[1] ECF No. 14.

[2] ECF No. 67.

previously entered Scheduling Order,[3] and enters the following schedule to govern further proceedings in these consolidated cases:

    a.    Plaintiffs' Opening Briefs: November 5, 2024.

    b.    Federal Defendants' Response Brief: January 10, 2025. Federal Defendants shall file a single consolidated Response Brief addressing Plaintiffs' Opening Briefs in both cases. As a result, the page limit in DUCivR 7-4(d)(4) is extended to 20,000 words.

    c.    Intervenor-Defendant's Response Brief: January 24, 2025. Intervenor-Defendant shall file a single consolidated Response Brief addressing Plaintiffs' Opening Briefs in both cases, which shall strive to not be duplicative of the Federal Defendants' Response Brief. The page limit in DUCivR 7-4(d)(4) is extended to 16,500 words.

    d.    Plaintiffs Reply Briefs: February 18, 2025. The page limit in DUCivR 7-4(d)(4) is extended to 9,750 words for each Reply Brief.

    e.    The parties agree not to oppose a reasonable request for further extensions of page limits as may become necessary upon preparation of any of the above-described briefs.

---

[3] ECF No. 65.

IT IS SO ORDERED.

DATED this 4th day of September 2024.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge