TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Federal Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLUERIBBON COALITION, INC., *et al.*, and STATE OF UTAH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, *et al.*, <br><br> Defendants, <br><br> and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br> Defendant-Intervenor. | Case Nos.  2:23-cv-00923-DAK (lead) <br> 4:24-cv-00046-DAK <br><br><br> **DEFENDANTS' STATEMENT OF POSITION IN RESPONSE TO AMENDED COMPLAINT DENYING ARBITRARY AND CAPRICIOUS AGENCY ACTION** <br><br><br> District Judge Dale A. Kimball <br> Magistrate Judge Jared C. Bennett |

In accordance with DUCivR 7-4(b)(2)(B), Defendants Deb Haaland, et al., hereby respond to the State of Utah Plaintiffs' First Amended Complaint, ECF No. 70.  Therein,

Plaintiffs challenge Defendant Bureau of Land Management's September 2023 decision adopting the Labyrinth/Gemini Bridges Travel Management Plan. Defendants deny that the aforementioned decision, or any part of it, is arbitrary and capricious, not supported by substantial evidence, or otherwise contrary to law. Consequently, Defendants deny that Plaintiffs have stated a claim for relief or that Plaintiffs are entitled to any relief whatsoever.

Defendants present the following affirmative defenses:

1. Plaintiffs fail to state a claim upon which relief may be granted.

2. Plaintiffs lack standing to bring some or all of their claims.

3. Plaintiffs have failed to properly establish subject matter jurisdiction.

4. Plaintiffs have failed to demonstrate that some or all of their claims are ripe for judicial review.

Respectfully submitted this 6th day of September 2024.

>TODD KIM
>Assistant Attorney General
>United States Department of Justice
>Environment & Natural Resources Division
>
>*/s/ Paul A. Turcke*
>PAUL A. TURCKE
>Trial Attorney
>Natural Resources Section
>1290 West Myrtle Street, Suite 500
>Boise, ID 83702
>Tel: (202) 532-5994
>paul.turcke@usdoj.gov
>
>*Attorneys for Federal Defendants*