Stephen H.M. Bloch (# 7813)
Laura Peterson (# 16135)
Hanna Larsen (# 18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
Telephone: (801) 486-3161
steve@suwa.org
laura@suwa.org
hanna@suwa.org

*Attorneys for Defendant-Intervenor*
*Southern Utah Wilderness Alliance*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **BLUERIBBON COALITION** *et al.* and **STATE OF UTAH** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **U.S. BUREAU OF LAND MANAGEMENT**, *et al.*, <br><br> Defendants, <br><br> and <br><br> **SOUTHERN UTAH WILDERNESS ALLIANCE**, <br><br> Defendant-Intervenor. | Case Nos. 2:23-cv-00923-DAK-JCB (lead) <br> 4:24-cv-00046-DAK-JCB <br><br> **DEFENDANT-INTERVENOR'S RESPONSE TO PLAINTIFFS' COMPLAINT** <br><br> District Judge Dale A. Kimball <br> Magistrate Judge Jared C. Bennett |

Pursuant to DUCivR 7-4(b)(2), Defendant-Intervenor Southern Utah Wilderness Alliance (SUWA) submits this response to Plaintiffs State of Utah *et al.*'s First Amended Complaint (ECF No. 70).

The Bureau of Land Management's decision and agency action to approve the Labyrinth Rims/Gemini Bridges Travel Management Plan (TMP) is supported by substantial evidence and is not arbitrary and capricious. Therefore, the Court should uphold the Labyrinth Rims/Gemini Bridges TMP in its entirety.

Additionally, SUWA raises the following affirmative defenses:

1. Plaintiffs fail to state a claim upon which relief may be granted for all or some of the claims in the Complaint;

2. All or some of Plaintiffs' claims in the Complaint are not ripe;

3. Plaintiffs' lack subject matter jurisdiction for all or some of the claims in the Complaint;

Respectfully Submitted September 6, 2024.

          */s/ Hanna Larsen*
          Hanna Larsen
          Stephen Bloch
          Laura Peterson

          *Attorneys for Defendant-Intervenor*
          *Southern Utah Wilderness Alliance*