KATHY A. F. DAVIS (4022)
Assistant Attorneys General
SEAN D. REYES (7969)
Utah Attorney General
1594 W North Temple St
Salt Lake City, UT 84114
kathydavis@agutah.gov

Telephone: (801) 537-9801

*Attorneys for Plaintiffs*

---

IN THE UNITED STATES JUDICIAL DISTRICT COURT
FOR THE DISTRICT OF UTAH, SOUTHERN DIVISION

| | |
|---|---|
| STATE OF UTAH, including the UTAH SCHOOL AND INSTITUTIONAL TRUST LANDS ADMINISTRATION (SITLA), an agency of the State of Utah,<br><br>    Plaintiffs,<br><br>vs.<br><br> DEB HAALAND, in her official capacity as SECRETARY OF THE INTERIOR; the DEPARTMENT OF THE INTERIOR, an agency of the United States of America; TRACY STONE-MANNING, in her official capacity as DIRECTOR OF THE BUREAU OF LAND MANAGEMENT; and the BUREAU OF LAND MANAGEMENT, an agency of the United States of America,<br><br>    Defendants, | Case No. 2:23-cv-00923-DAK-JCB (lead)<br>4:24-cv-00046-DAK-JCB<br><br>**NOTICE OF WITHDRAWAL OF JAKE GARFIELD AS COUNSEL FOR DEFENDANT-INTERVENORS BY KATHY A.F. DAVIS**<br><br>District Judge Dale A. Kimball<br>Magistrate Judge Jared C. Bennett |

   The undersigned hereby withdraws Attorney General Jake Garfield as counsel for

Defendant-Intervenors State of Utah.   Mr. Garfield has left employment with the Utah State

Attorney General's Office.  Plaintiffs will continue to be represented by all other counsel of record.

DATED this 8th day of October 2024.

/s/ Kathy A.F. Davis
Kathy A.F. Davis
Assistant Attorney General
Attorney for Plaintiffs State of Utah

## CERTIFICATE OF SERVICE

I certify that on October 8, 2024, the undersigned electronically filed the foregoing **NOTICE OF WITHDRAWAL OF JAKE GARFIELD AS COUNSEL FOR DEFENDANT-INTERVENORS BY KATHY A.F. DAVIS** with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record.

                                                s/ Kathy A.F. Davis
                                                Kathy A.F. Davis
                                                Assistant Attorney General
                                                Attorney for Plaintiffs State of Utah