KATHY A. F. DAVIS (4022)
ROGER R. FAIRBANKS (3792)
KAITLIN T. DAVIS (15831)
Assistant Attorneys General
SEAN D. REYES (7969)
Utah Attorney General
1594 W North Temple St
Salt Lake City, UT 84114
rfairbanks@agutah.gov
kathydavis@agutah.gov
kaitlindavis@agutah.gov

Telephone: (801) 537-9801

*Attorneys for Plaintiffs*

---

## IN THE UNITED STATES JUDICIAL DISTRICT COURT
## FOR THE DISTRICT OF UTAH, SOUTHERN DIVISION

| | |
|---|---|
| STATE OF UTAH, including the UTAH SCHOOL AND INSTITUTIONAL TRUST LANDS ADMINISTRATION (SITLA), an agency of the State of Utah, | Case Nos. 4:24-cv-00046-DAK 2:23-cv-00923-DAK |
| Plaintiffs, | |
| vs. | **NOTICE OF APPEARANCE OF ROGER R. FAIRBANKS** |
| DEB HAALAND, in her official capacity as SECRETARY OF THE INTERIOR; the DEPARTMENT OF THE INTERIOR, an agency of the United States of America; TRACY STONE-MANNING, in her official capacity as DIRECTOR OF THE BUREAU OF LAND MANAGEMENT; and the BUREAU OF LAND MANAGEMENT, an agency of the United States of America, | Magistrate Judge Paul Kohler |
| Defendants, | |

The undersigned appears as counsel for Plaintiffs. Under Rule 5 of the Federal Rules of

Civil Procedure, all further notices and copies of pleadings, correspondence, papers, and other

materials relevant to this action should be directed to and served on:

Roger R. Fairbanks
Assistant Attorney General
UTAH ATTORNEY GENERAL'S OFFICE
1594 W North Temple St
Salt Lake City, UT  84114
Telephone: (801) 888-1876
kaitlindavis@agutah.gov


DATED this 5th day of November 2024.


/s/ Roger R. Fairbanks
Roger R. Fairbanks
Assistant Attorney General
Attorney for Plaintiffs State of Utah

## CERTIFICATE OF SERVICE

I certify that on November 5, 2024, the undersigned electronically filed the foregoing **NOTICE OF APPEARANCE OF ROGER R. FAIRBANKS AS COUNSEL FOR PLAINTIFFS** with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record:

s/ Roger R. Fairbanks
Roger R. Fairbanks
Assistant Attorney General
Attorney for Plaintiffs State of Utah
