| Route No. | 1 Minimize impacts to soil, watershed, vegetation, grassland, or shrubs | 2 Minimize user conflicts | 3 Minimize impacts to bighorn sheep | 4 Minimize other animal habitat fragmentation | 5 Route results in off-road travel | 6 Closure beneficial to park management | 7 No need or low use | 8 Route currently closed | 9 Route reclaiming naturally | 10 Closure protects cultural resources | 11 Route is redundant | 12 Route open seasonally | 13 Closure assists wayfinding | 14 Closure enhances visual contrast | 15 Closure avoids safety hazards | 16 Route impacts private property | 17 Seasonal closure (SITLA) | Route Length (Miles) | DR Cite |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CGT2 | ● | | | | | | | | | | | | | | | | | 0.14 | A2-2 |
| D0002 | ● | | | | | | ● | | ● | | | | | | | | | 0.10 | A2-4 |
| D0004 | ● | | ● | | | | ● | | ● | | | | | | | | | 0.29 | A2-4 |
| D0005 | ● | | ● | | | | ● | | ● | | | | | | | | | 0.79 | A2-4 |
| D0006 | ● | | ● | | | | ● | | ● | | ● | | | | | | | 0.37 | A2-5 |
| D0007 | ● | | ● | | | | ● | | | | ● | | | ● | | | | 0.32 | A2-5 |
| D0009 | ● | | | | | | ● | | | | | | | ● | | | | 0.15 | A2-5 |
| D0009A | ● | | | | | | | | | | ● | | | | | | | 0.63 | A2-5 |
| D0010 | ● | | | | | | ● | | ● | | ● | | | ● | | | | 0.14 | A2-5 |
| D0013 | ● | | ● | | | | ● | | ● | | | | | | | | | 0.40 | A2-6 |
| D0014 | ● | | ● | | | | ● | | ● | | | | | | | | | 0.94 | A2-6 |
| D0015 | ● | | ● | | ● | | ● | | | | ● | | | | | | | 0.23 | A2-6 |
| D0016 | ● | | ● | | | | ● | | ● | | | | | | | | | 0.85 | A2-6 |
| D0017 | ● | | ● | | | | ● | | ● | | ● | | | ● | | | | 1.10 | A2-6 |
| D0017A | | | | ● | | | ● | | ● | | | | | | | | | 0.21 | A2-7 |
| D0019 | | | ● | ● | | | ● | | | | | | | | ● | | | 0.20 | A2-7 |
| D0022 | ● | | | | | | | | | | | | | ● | | | | 0.30 | A2-7 |
| D0037 | | ● | ● | | | | | | | | | | | | | | | 0.37 | A2-7 |
| D022A | | | | ● | | | | | | | ● | | | | | | | 0.83 | A2-7 |
| D1000B | ● | | ● | ● | | | ● | | ● | | ● | | | ● | | | | 0.43 | A2-8 |
| D1014 | ● | | | | | | ● | | | | ● | | | | | | | 0.48 | A2-8 |
| D1019B | ● | ● | ● | | | | | | | | ● | | | | | | | 2.61 | A2-9 |
| D1020 | ● | | ● | | | | | | | | ● | | | | | | | 1.01 | A2-10 |
| D1022 | ● | | ● | | | | ● | | | | | | | ● | | | | 0.31 | A2-10 |
| D1026B | ● | | ● | | | | | | | | | | | | | | | 2.18 | A2-10 |
| D1027 | ● | | ● | | | | | | | | | | | | | | | 0.28 | A2-10 |
| D1029 | ● | | | | | | ● | | | | | | | | | | | 0.23 | A2-10 |
| D1030 | ● | | | | | | ● | | | | | | | | | | | 0.16 | A2-11 |
| D1033A | ● | | ● | | | | ● | | ● | | | | | ● | | | | 2.42 | A2-11 |
| D1035 | ● | | ● | ● | | | ● | | ● | | | | | ● | | | | 0.21 | A2-12 |
| D1038 | ● | | ● | ● | | | ● | | ● | | | | | ● | | | | 0.15 | A2-12 |
| D1042B | | | ● | ● | | | ● | | | | ● | | | | | | | 0.66 | A2-12 |
| D1044 | ● | | | | | | | | | | ● | | | ● | | | | 0.21 | A2-12 |
| D1045 | ● | | ● | | | | | | | | ● | | | ● | | | | 1.23 | A2-13 |
| D1048A | | | ● | ● | | | ● | | | | ● | | | | | | | 0.86 | A2-13 |
| D1048B | | | ● | ● | | | ● | | | | ● | | | | | | | 0.35 | A2-13 |
| D1054 | ● | | ● | | | | ● | | | | | | | | | | | 1.29 | A2-14 |
| D1059 | ● | | | | | | ● | | | | | | | ● | | | | 0.79 | A2-14 |
| D1070 | ● | | | | | | ● | | | | ● | | | ● | | | | 0.23 | A2-14 |
| D1076B | ● | | | | | | ● | | ● | | | | | ● | | | | 0.73 | A2-15 |
| D1079 | ● | | ● | | | | ● | | | | | | | ● | | | | 1.12 | A2-15 |
| D1080 | | | | | | | ● | | | | ● | | | ● | | | | 0.21 | A2-15 |
| D1081 | ● | | ● | | | | ● | | | | ● | | | ● | | | | 1.75 | A2-15 |
| D1084 | ● | | ● | | | | ● | | ● | | | | | ● | | | | 1.06 | A2-16 |
| D1095 | ● | | ● | | | | ● | | ● | | | | | ● | | | | 0.49 | A2-16 |
| D1108 | | | ● | | | | | | | | | | | | | | | 0.59 | A2-16 |
| D1112 | ● | | | | | | | | | | ● | | | ● | | | | 1.85 | A2-17 |
| D1118 | ● | | ● | ● | | | ● | | ● | | | | | ● | | | | 0.78 | A2-17 |

| Route No. | 1 Minimize impacts to soil, watershed, vegetation, grassland, or shrubs | 2 Minimize user conflicts | 3 Minimize impacts to bighorn sheep | 4 Minimize other animal habitat fragmentation | 5 Route results in off-road travel | 6 Closure beneficial to park management | 7 No need or low use | 8 Route currently closed | 9 Route reclaiming naturally | 10 Closure protects cultural resources | 11 Route is redundant | 12 Route open seasonally | 13 Closure assists wayfinding | 14 Closure enhances visual contrast | 15 Closure avoids safety hazards | 16 Route impacts private property | 17 Seasonal closure (SITLA) | Route Length (Miles) | DR Cite |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1122B | | | | | | | | | | | ● | | | ● | | | | 1.18 | A2-17 |
| D1124 | ● | | | | | | ● | | | | ● | | | | | | | 0.95 | A2-18 |
| D1126 | ● | | | | | | | | | | ● | | | ● | | | | 0.83 | A2-18 |
| D1186 | ● | | ● | ● | | | ● | | ● | | | | | | | | | 0.50 | A2-19 |
| D1207 | ● | | ● | ● | | | | | | | | | | ● | | | | 0.19 | A2-20 |
| D1217 | | | ● | ● | | | ● | | | | | | | | | | ● | 1.29 | A2-20 |
| D1223A | | ● | ● | ● | | | | | | | | | | | | | | 1.93 | A2-21 |
| D1223B | | | ● | ● | | | | | | | | | | | ● | | | 2.08 | A2-21 |
| D1223C | | | ● | ● | | | | | | | | | | | ● | | | 5.60 | A2-21 |
| D1239 | ● | | | | | | ● | | | | | | | | | | | 0.21 | A2-23 |
| D1241 | ● | | ● | | | ● | | | | | | | | | | | | 1.31 | A2-23 |
| D1247 | ● | | ● | | | | ● | | | | | | | | | | | 0.25 | A2-23 |
| D1248 | ● | | | | | | | | | | ● | | | | | | | 1.00 | A2-23 |
| D1249 | ● | | | | | | ● | ● | ● | | ● | | | | | | | 0.31 | A2-24 |
| D1250 | ● | | | | | | ● | ● | ● | | | | | | | | | 0.41 | A2-24 |
| D1257 | ● | | | | | | | | | | | | | ● | | | | 0.48 | A2-24 |
| D1262 | ● | | | | | | | | | | ● | | | ● | | | | 0.17 | A2-24 |
| D1263 | ● | | | | | | | | | | ● | | | | | | | 0.23 | A2-25 |
| D1264 | ● | | | | | | ● | | | | | | | | | | | 0.09 | A2-25 |
| D1270A | | | ● | | | | | | | | ● | | | ● | | | | 1.00 | A2-27 |
| D1284 | ● | | | | | | ● | | | | | | | | | | | 1.59 | A2-27 |
| D1286 | ● | | | | | | | | | | ● | | | ● | | | | 0.80 | A2-27 |
| D1294 | | | ● | | | | ● | | | | | | | | | | ● | 0.57 | A2-28 |
| D1296 | | | ● | | | | ● | | | | | | | | | | | 0.31 | A2-28 |
| D1299 | | | ● | | | | ● | | | | | | | | | | | 0.29 | A2-28 |
| D1302 | ● | | | | | | ● | | | | ● | | ● | ● | | | | 0.38 | A2-29 |
| D1309 | ● | | | | | | ● | | | | | | ● | ● | | | | 0.29 | A2-29 |
| D1312 | | | | | | | ● | | | | | | | ● | | | | 0.36 | A2-30 |
| D1313 | ● | | | | | | ● | | | | | | | ● | | | | 0.36 | A2-30 |
| D1315 | ● | | ● | | | | ● | | | | | | | ● | | | | 1.01 | A2-30 |
| D1316 | ● | | ● | | | | | | | | | | | ● | | | | 0.41 | A2-30 |
| D1317 | ● | | | | | | ● | | | | | | ● | | | | | 0.55 | A2-31 |
| D1322 | ● | | ● | | | | | | | | ● | | ● | ● | | | | 0.66 | A2-31 |
| D1350 | ● | | ● | ● | | | | | | | | | | ● | | | | 0.96 | A2-31 |
| D1352A | | | ● | | | | | | | | | | | ● | | | | 0.24 | A2-32 |
| D1360 | ● | | ● | | | | | | | | | | | ● | | | | 1.30 | A2-32 |
| D1363 | ● | | ● | | | | | | | | | | | ● | | | | 1.01 | A2-33 |
| D1382B | ● | | ● | | | | ● | | | | | | | ● | | | | 0.40 | A2-33 |
| D1382C | ● | | ● | | | | | | | | | | | ● | | | | 0.18 | A2-33 |
| D1390 | ● | | ● | | | | | | | | ● | | ● | ● | | | | 1.18 | A2-33 |
| D1393 | ● | | ● | | | | | | | | ● | | ● | ● | | | | 0.24 | A2-34 |
| D1394 | ● | | ● | | | | | | | | ● | | | ● | | | | 1.85 | A2-34 |
| D1395 | ● | | ● | | | | | | | | ● | | ● | ● | | | | 0.53 | A2-34 |
| D1398A | ● | | | ● | | | ● | | | | | | | ● | | | | 1.38 | A2-34 |
| D1398B | ● | | ● | ● | | | ● | | | | | | | | | | | 0.31 | A2-34 |
| D1399 | ● | | ● | | | | ● | | ● | | | | | | | | | 0.32 | A2-35 |
| D1400 | ● | | ● | | | | ● | | ● | | ● | | | ● | | | | 0.83 | A2-35 |
| D1402A | ● | | ● | | | | | | | | ● | | ● | ● | | | | 0.88 | A2-35 |

| Route No. | 1. Minimize impacts to soil, watershed, vegetation, grassland, or shrubs | 2. Minimize user conflicts | 3. Minimize impacts to bighorn sheep | 4. Minimize other animal habitat fragmentation | 5. Route results in off-road travel | 6. Closure beneficial to park management | 7. No need or low use | 8. Route currently closed | 9. Route reclaiming naturally | 10. Closure protects cultural resources | 11. Route is redundant | 12. Route open seasonally | 13. Closure assists wayfinding | 14. Closure enhances visual contrast | 15. Closure avoids safety hazards | 16. Route impacts private property | 17. Seasonal closure (SITLA) | Route Length (Miles) | DR Cite |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1402B | • |  | • |  |  |  |  |  |  |  | • |  | • | • |  |  |  | 0.16 | A2-35 |
| D1403 | • |  | • |  |  |  |  |  | • |  |  |  |  |  |  |  |  | 0.70 | A2-36 |
| D1407 | • |  | • |  |  |  |  |  |  |  | • |  | • |  |  |  |  | 0.12 | A2-36 |
| D1417 | • |  | • |  |  |  | • |  | • |  |  |  |  | • |  |  |  | 0.13 | A2-36 |
| D1430 | • |  |  |  |  |  | • |  |  |  |  |  |  |  |  |  |  | 0.22 | A2-37 |
| D1434 | • |  | • | • |  |  | • |  |  |  | • |  |  | • |  |  |  | 1.62 | A2-37 |
| D1437 | • |  | • |  |  |  | • |  |  |  |  |  |  | • |  |  |  | 0.70 | A2-38 |
| D1438 | • |  | • |  |  |  |  |  |  |  | • |  |  |  |  |  |  | 0.54 | A2-38 |
| D1441 | • |  | • |  |  |  | • |  | • |  |  |  |  |  |  |  |  | 0.30 | A2-38 |
| D1445A | • |  | • |  |  |  |  |  |  |  |  |  |  | • |  |  |  | 0.11 | A2-38 |
| D1445B | • |  | • |  |  |  |  |  | • |  | • |  |  | • |  |  |  | 0.17 | A2-38 |
| D1446 | • |  | • |  |  |  | • |  |  |  |  |  |  |  |  |  |  | 0.34 | A2-39 |
| D1454 | • |  | • | • |  |  |  |  |  |  |  |  |  | • |  |  |  | 0.44 | A2-39 |
| D1474A | • |  |  |  |  |  |  |  |  |  | • |  |  | • |  |  |  | 0.95 | A2-40 |
| D1474B | • |  |  |  |  |  |  |  |  |  |  |  |  | • |  |  |  | 0.63 | A2-40 |
| D1481 | • |  | • | • |  |  | • |  |  | • |  |  |  |  |  |  |  | 0.33 | A2-41 |
| D1482 | • |  |  | • |  |  | • |  | • | • |  |  |  | • |  |  |  | 1.56 | A2-41 |
| D1483 | • |  | • | • |  |  | • |  |  |  | • |  |  | • |  |  |  | 0.31 | A2-42 |
| D1492 |  |  | • | • |  |  | • |  |  |  |  |  |  | • |  |  |  | 0.14 | A2-42 |
| D1500 | • |  |  |  |  |  | • |  |  |  |  |  |  | • |  |  |  | 0.37 | A2-43 |
| D1501 |  |  | • |  |  |  |  |  |  |  |  |  |  | • |  |  |  | 0.30 | A2-43 |
| D1503B |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 2.47 | A2-43 |
| D1507 | • |  | • |  |  |  |  |  |  |  |  | • |  | • |  |  |  | 0.20 | A2-44 |
| D1507B |  |  | • |  |  |  |  |  |  |  |  |  |  | • |  |  |  | 0.73 | A2-44 |
| D1510 |  |  | • |  |  |  |  |  |  |  |  |  |  | • |  |  |  | 0.85 | A2-44 |
| D1513 | • |  | • |  |  |  | • |  |  |  |  |  |  | • |  |  |  | 0.21 | A2-44 |
| D1515A |  |  | • | • |  |  |  |  |  |  |  |  |  | • |  |  |  | 0.76 | A2-45 |
| D1515B |  |  | • |  |  |  |  |  |  |  |  |  |  | • |  |  |  | 0.13 | A2-45 |
| D1515C | • |  | • |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 0.05 | A2-45 |
| D1518 |  |  | • |  |  |  | • |  |  |  |  |  |  |  |  |  |  | 0.48 | A2-45 |
| D1520A | • |  | • |  |  |  |  |  |  |  |  |  |  | • |  |  |  | 2.17 | A2-45 |
| D1520B | • |  | • |  |  |  |  |  | • |  | • |  |  | • |  |  |  | 0.60 | A2-45 |
| D1522 |  |  | • | • |  |  |  |  |  |  | • |  |  | • |  |  |  | 1.17 | A2-46 |
| D1526B |  | • | • | • |  |  |  |  |  |  |  |  |  | • |  |  |  | 2.84 | A2-46 |
| D1527A&B |  | • | • | • |  |  |  |  |  |  |  |  |  |  |  |  |  | 7.97 | A2-46 |
| D1528 |  |  | • | • |  |  |  |  |  |  | • |  |  | • |  |  |  | 0.27 | A2-46 |
| D1529 | • |  | • |  |  |  | • |  | • |  |  |  |  | • |  |  |  | 0.23 | A2-47 |
| D1533 |  |  | • |  |  |  |  |  |  |  |  | • |  |  |  |  |  | 0.60 | A2-47 |
| D1584 | • |  |  |  |  |  |  |  |  |  |  | • |  | • |  |  |  | 0.68 | A2-52 |
| D1594 |  | • | • | • |  |  |  |  |  |  |  | • |  |  |  |  |  | 1.05 | A2-54 |
| D1596 |  | • |  |  |  |  |  |  |  |  |  | • | • | • |  |  |  | 0.26 | A2-54 |
| D1607 | • |  | • |  |  |  | • |  |  |  | • | • | • |  |  |  |  | 0.55 | A2-55 |
| D1609 | • |  |  |  |  |  | • |  | • |  |  |  |  | • |  |  |  | 0.07 | A2-55 |
| D1610 | • |  | • |  |  |  | • |  |  |  |  |  |  | • |  |  |  | 0.07 | A2-55 |
| D1612B | • |  | • |  |  |  |  |  |  |  | • |  |  | • |  |  |  | 0.27 | A2-55 |
| D1619 | • |  | • |  |  |  | • |  |  |  |  |  |  | • |  |  |  | 0.04 | A2-56 |
| D1625A | • |  | • | • |  |  | • |  |  |  |  |  |  | • |  |  |  | 0.94 | A2-56 |
| D1625B | • |  | • | • |  |  | • |  |  |  |  |  |  | • |  |  |  | 3.21 | A2-56 |

| Route No. | 1 Minimize impacts to soil, watershed, vegetation, grassland, or shrubs | 2 Minimize user conflicts | 3 Minimize impacts to bighorn sheep | 4 Minimize other animal habitat fragmentation | 5 Route results in off-road travel | 6 Closure beneficial to park management | 7 No need or low use | 8 Route currently closed | 9 Route reclaiming naturally | 10 Closure protects cultural resources | 11 Route is redundant | 12 Route open seasonally | 13 Closure assists wayfinding | 14 Closure enhances visual contrast | 15 Closure avoids safety hazards | 16 Route impacts private property | 17 Seasonal closure (SITLA) | Route Length (Miles) | DR Cite |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1627 | • |  | • | • |  |  | • |  |  |  |  |  |  | • |  |  |  | 0.59 | A2-57 |
| D1630 | • |  | • | • |  |  | • |  |  |  |  |  |  | • |  |  |  | 0.46 | A2-57 |
| D1641 | • |  | • | • |  |  |  |  |  |  |  |  | • | • |  |  |  | 0.32 | A2-57 |
| D1642 | • |  | • |  |  |  |  |  |  | • |  |  | • | • |  |  |  | 0.35 | A2-57 |
| D1645 | • |  |  |  |  |  |  |  |  |  |  |  |  | • |  |  |  | 0.07 | A2-58 |
| D1646 | • |  |  |  |  |  | • |  |  |  |  |  |  | • |  |  |  | 1.01 | A2-58 |
| D1647 | • |  |  |  |  |  | • |  |  |  |  |  | • | • |  |  |  | 0.06 | A2-58 |
| D1648A |  |  | • |  |  |  | • |  |  |  |  |  |  | • |  |  |  | 1.37 | A2-58 |
| D1652 |  |  |  |  |  |  | • |  |  |  |  |  |  | • |  |  |  | 0.17 | A2-59 |
| D1658 | • |  |  |  |  |  | • |  |  |  | • |  |  | • |  |  |  | 0.63 | A2-59 |
| D1659 | • |  | • |  |  |  | • |  |  |  |  |  | • | • |  |  |  | 0.49 | A2-59 |
| D1660A | • |  | • |  |  |  |  |  |  |  | • |  |  | • |  |  |  | 0.41 | A2-60 |
| D1667 | • |  |  |  |  |  |  |  |  |  | • |  | • | • |  |  |  | 0.75 | A2-60 |
| D1673A | • |  |  |  |  |  |  |  |  |  | • |  |  | • | • |  |  | 0.44 | A2-60 |
| D1674 |  |  | • |  |  |  |  |  |  |  | • |  |  | • |  |  |  | 0.51 | A2-60 |
| D1675A | • |  |  |  |  |  |  |  |  |  | • |  |  | • | • |  |  | 0.30 | A2-60 |
| D1679 | • |  | • |  |  |  |  |  |  |  | • |  |  | • |  |  |  | 1.07 | A2-61 |
| D1683 | • |  |  |  |  |  |  |  |  |  | • |  |  | • |  |  |  | 0.74 | A2-61 |
| D1684 | • |  |  |  |  |  |  |  |  |  |  |  |  |  | • |  |  | 0.37 | A2-61 |
| D1685 | • |  |  | • |  |  |  |  |  |  |  |  |  | • |  |  |  | 1.07 | A2-61 |
| D1694 | • |  |  |  |  |  | • |  |  |  |  |  |  |  |  |  |  | 0.63 | A2-61 |
| D1704 | • |  | • |  |  |  | • |  |  |  |  |  | • | • |  |  |  | 0.18 | A2-62 |
| D1706 | • |  | • |  |  |  | • |  | • |  |  |  | • | • |  |  |  | 0.58 | A2-62 |
| D1712 | • |  | • |  |  |  | • |  |  |  | • |  | • | • |  |  |  | 0.43 | A2-62 |
| D1719 | • |  |  |  |  |  | • |  |  |  |  |  |  | • |  |  |  | 0.57 | A2-63 |
| D1722 | • |  | • |  |  |  |  |  |  |  | • |  | • | • |  |  |  | 1.25 | A2-63 |
| D1724 | • |  | • |  |  |  | • |  |  |  | • |  |  | • |  |  |  | 0.64 | A2-63 |
| D1725 | • |  | • |  |  |  |  |  |  |  |  |  |  |  | • |  |  | 0.83 | A2-63 |
| D1728 | • |  | • |  |  |  |  |  |  |  |  |  |  |  | • |  |  | 0.52 | A2-64 |
| D1739 | • |  | • |  |  |  | • |  |  |  |  |  | • | • |  |  |  | 0.25 | A2-64 |
| D1748 | • |  | • |  |  |  | • |  |  |  | • |  | • | • |  |  |  | 0.36 | A2-64 |
| D1752 | • |  | • |  |  |  | • |  |  |  | • | • | • |  |  |  |  | 0.63 | A2-65 |
| D1753 |  |  | • |  |  |  | • |  |  |  | • |  |  | • |  |  |  | 0.23 | A2-65 |
| D1758B | • |  |  |  |  |  |  |  |  |  | • |  |  | • |  |  |  | 1.71 | A2-66 |
| D1766 | • |  | • |  |  |  | • |  |  |  | • |  | • | • |  |  |  | 0.07 | A2-66 |
| D1801A | • |  |  |  |  |  | • |  |  |  | • |  |  | • |  |  |  | 0.22 | A2-68 |
| D1804 | • |  | • | • |  |  |  |  |  |  |  |  |  | • |  |  |  | 0.59 | A2-68 |
| D1809 | • |  |  | • |  |  |  |  |  |  | • |  |  | • |  |  |  | 0.56 | A2-68 |
| D1827 | • |  | • |  |  |  | • |  |  |  |  |  |  | • |  |  |  | 0.34 | A2-69 |
| D1828 | • |  | • |  |  |  | • |  |  |  |  |  |  | • |  |  |  | 0.24 | A2-69 |
| D1829 |  |  |  |  |  |  | • |  |  |  |  |  |  |  |  |  |  | 0.16 | A2-69 |
| D1833 |  |  | • | • |  |  |  |  |  | • | • |  |  | • |  |  |  | 1.39 | A2-69 |
| D1838 | • |  | • |  |  |  | • |  |  |  | • |  | • |  |  |  |  | 0.66 | A2-69 |
| D1843 | • |  | • |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 1.98 | A2-70 |
| D1859A | • |  | • |  |  |  |  |  |  |  | • |  |  | • |  |  |  | 0.92 | A2-70 |
| D1860 | • |  |  |  |  |  |  |  |  |  | • |  |  | • |  |  |  | 0.44 | A2-71 |
| D1862 | • |  | • |  |  |  |  |  |  |  |  |  | • | • |  |  |  | 0.16 | A2-71 |
| D1864 | • |  | • |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 1.16 | A2-71 |

| Route No. | 1 Minimize impacts to soil, watershed, vegetation, grassland, or shrubs | 2 Minimize user conflicts | 3 Minimize impacts to bighorn sheep | 4 Minimize other animal habitat fragmentation | 5 Route results in off-road travel | 6 Closure beneficial to park management | 7 No need or low use | 8 Route currently closed | 9 Route reclaiming naturally | 10 Closure protects cultural resources | 11 Route is redundant | 12 Route open seasonally | 13 Closure assists wayfinding | 14 Closure enhances visual contrast | 15 Closure avoids safety hazards | 16 Route impacts private property | 17 Seasonal closure (SITLA) | Route Length (Miles) | DR Cite |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1867 | ● | | ● | | | | | | | | | | | | | | | 0.27 | A2-71 |
| D1868 | ● | | ● | | | | | | | | ● | | ● | ● | | | | 0.18 | A2-72 |
| D1868A | ● | | ● | | | | | | | | ● | | ● | ● | | | | 0.08 | A2-72 |
| D1872 | ● | | ● | | | | | | | | | | | ● | | | | 0.10 | A2-72 |
| D1874 | ● | | ● | | | | ● | | ● | | | | | | | | | 0.28 | A2-72 |
| D1876 | ● | | ● | | | | | | | | | | ● | ● | | | | 0.26 | A2-73 |
| D1879 | ● | | ● | | | | | | | | | | | ● | | | | 0.05 | A2-73 |
| D1880A | ● | | ● | | | | | | | | | | ● | ● | | | | 0.17 | A2-73 |
| D1884 | ● | | ● | | | | | | | | ● | | ● | ● | | | | 0.42 | A2-73 |
| D1903 | ● | | ● | | | | ● | | ● | | | | ● | | | | | 0.32 | A2-75 |
| D1904 | ● | | ● | | | | | | | | ● | | ● | | | | | 0.33 | A2-75 |
| D1908 | ● | | ● | ● | | | | | | | ● | | | | | | | 0.54 | A2-76 |
| D1908A | ● | | ● | ● | | | ● | | | | ● | | | | | | | 0.54 | A2-76 |
| D1911A | ● | | ● | ● | | | ● | | ● | | | | | | | | | 0.79 | A2-76 |
| D1913 | ● | | ● | | | | ● | | ● | | | | | | | | | 0.44 | A2-76 |
| D1914 | ● | | ● | | | | ● | | | | | | | | | | | 0.46 | A2-77 |
| D1915 | | | ● | | | | | | | | | | | ● | | | | 1.04 | A2-77 |
| D1915B | ● | | ● | | | | | | | | | | ● | | | | | 0.33 | A2-77 |
| D1916 | | | ● | ● | | | | | | | | | | ● | | | | 0.29 | A2-77 |
| D1917A | ● | | ● | ● | | | | | | | | | | ● | | | | 0.48 | A2-77 |
| D1922 | | | ● | | | | | | | | | | ● | ● | | | | 0.04 | A2-78 |
| D1931 | ● | | ● | ● | | | | | | | | | | ● | | | | 0.36 | A2-78 |
| D1940 | | | | | | | | | | | | | | | ● | | | 0.06 | A2-78 |
| D1941 | | ● | ● | ● | | ● | ● | | | | | | | | | | | 2.40 | A2-79 |
| D1944 | | ● | ● | ● | | | ● | | | | | | | | ● | | | 2.73 | A2-79 |
| D1945 | | ● | ● | ● | | | ● | | | | | | | | | | | 1.90 | A2-80 |
| D1946C | ● | | ● | | | | ● | | | | | | | | | | | 0.97 | A2-80 |
| D1949 | | ● | ● | | | | | | | | ● | | | | | | | 0.75 | A2-80 |
| D1953 | ● | | ● | | | | ● | | | | | | ● | ● | | | | 2.00 | A2-81 |
| D1980 | ● | ● | | | | | ● | | ● | | | | | | | | | 1.59 | A2-81 |
| D1991 | ● | ● | ● | | | | ● | | | | | | ● | | ● | | | 1.00 | A2-82 |
| D1992 | ● | ● | ● | | | | ● | | | | | | | | | | | 0.29 | A2-82 |
| D1994 | | ● | ● | | | | ● | | | | | | ● | ● | ● | | | 1.62 | A2-82 |
| D1994A | | ● | ● | | | | ● | | | | | | | | | | | 0.27 | A2-82 |
| D1998A | ● | | ● | | | | ● | | | | ● | ● | | | | | | 0.33 | A2-83 |
| D1999 | ● | | ● | | | | ● | | | | ● | | | | | | | 0.33 | A2-83 |
| D2014 | ● | | ● | | | | | | | | | | | ● | | | | 1.99 | A2-83 |
| D2015 | | | ● | | | | | | | | | | | | | | | 0.16 | A2-83 |
| D2017 | ● | | ● | | | | ● | | | | | | | ● | | | | 0.06 | A2-84 |
| D2022 | ● | | ● | | | | | | | | ● | | | ● | | | | 0.89 | A2-84 |
| D2029 | ● | | ● | | | | | | | | | | | ● | | | | 0.48 | A2-84 |
| D2030 | ● | | ● | ● | | | ● | | | | ● | | | | | | | 0.13 | A2-85 |
| D2031 | | | ● | | | | | | | | ● | | | ● | | | | 1.50 | A2-85 |
| D2033 | ● | | ● | ● | | | | | | | | | | | | | | 0.73 | A2-85 |
| D2034 | ● | | ● | ● | | | ● | | | ● | | | | ● | | | | 0.49 | A2-85 |
| D2035 | ● | | ● | | | | | | | | | | | | | | | 0.89 | A2-85 |
| D2359 | ● | | ● | | | | | | | | ● | | ● | | | | | 0.87 | A2-87 |
| D2375 | ● | | ● | | | | | | | | ● | | ● | | | | | 1.95 | A2-88 |

| Route No. | 1 Minimize impacts to soil, watershed, vegetation, grassland, or shrubs | 2 Minimize user conflicts | 3 Minimize impacts to bighorn sheep | 4 Minimize other animal habitat fragmentation | 5 Route results in off-road travel | 6 Closure beneficial to park management | 7 No need or low use | 8 Route currently closed | 9 Route reclaiming naturally | 10 Closure protects cultural resources | 11 Route is redundant | 12 Route open seasonally | 13 Closure assists wayfinding | 14 Closure enhances visual contrast | 15 Closure avoids safety hazards | 16 Route impacts private property | 17 Seasonal closure (SITLA) | Route Length (Miles) | DR Cite |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D2375A | | | • | | | | • | | | | • | | | | | | | 0.14 | A2-88 |
| D2377 | • | | • | | | | | | | | • | | | | | | | 1.89 | A2-89 |
| D2384 | | | • | | | | • | | | | • | | | | | | | 0.27 | A2-91 |
| D2385 | | | • | | | | | | | | | | • | • | | | | 0.05 | A2-91 |
| D2387 | | | • | | | | • | | | | | | | | | | | 0.69 | A2-91 |
| D2387A | | | • | | | | | | | | • | | | • | | | | 0.29 | A2-91 |
| D2390 | • | | • | | | | • | | | | | | | | | | | 0.48 | A2-92 |
| D2392A | | | • | | | | | | | | • | | | | | | | 0.98 | A2-92 |
| D2398 | | | • | | | | • | | | | | | | | | | | 0.09 | A2-93 |
| D2398I | • | | • | | | | | | | | • | | • | | | | | 0.22 | A2-95 |
| D2421 | | | | | | | • | | | • | | | | | | | | 0.13 | A2-96 |
| D2434 | • | | • | • | | | | | | | | | • | | | | | 0.28 | A2-96 |
| D2437 | • | | | | | | | | | | • | | • | • | | | | 0.38 | A2-97 |
| D2439A | • | | | | | | • | | • | | | | • | • | | | | 0.11 | A2-97 |
| D2442 | • | | | | | | • | | | | • | | • | | | | | 0.53 | A2-98 |
| D2450A | • | | | | | | • | | | | • | | | • | | | | 0.29 | A2-99 |
| D2453 | • | | | | | | | | | | • | | | • | | | | 0.15 | A2-99 |
| D2456 | • | | | | | | | | | | • | | • | • | | | | 0.41 | A2-99 |
| D2457 | • | | | | | | • | | | | • | | • | • | | | | 0.21 | A2-99 |
| D2467 | • | | | | | | | | | • | | | • | • | | | | 0.07 | A2-100 |
| D2471 | • | | • | • | | | • | | | | | | | • | | | | 0.66 | A2-100 |
| D2482 | • | | • | • | | | | | | | | | | | | | | 0.80 | A2-100 |
| D2484 | • | | | | | | | | | | | | | • | | | | 0.99 | A2-100 |
| D2491 | • | | | | | | | | | | • | | | | | | | 0.62 | A2-101 |
| D2494 | • | | | | | | | | | | | | | | | | | 1.53 | A2-101 |
| D2498 | • | | | | | | • | | | • | | | | | | | | 0.34 | A2-101 |
| D2510 | • | | • | | | | • | | | | • | | • | • | | | | 0.38 | A2-102 |
| D2512 | • | | • | | | | • | | • | | | | • | | | | | 1.13 | A2-102 |
| D2512A | • | | • | | | | • | | | | • | | | • | | | | 1.78 | A2-103 |
| D2514 | • | | • | | | | • | | | | | | • | • | | | | 0.32 | A2-103 |
| D2520 | • | | • | | | | | | | | • | | | • | | | | 1.20 | A2-103 |
| D2521 | | | • | | | | • | | • | | | | | • | | | | 0.56 | A2-103 |
| D2524 | • | | | | | | | | | | | | | | | | | 0.14 | A2-103 |
| D2524A | • | | | | | | | | | | • | | | • | | | | 0.45 | A2-103 |
| D2531 | | | | | | | • | | • | | | | | | | | | 0.02 | A2-104 |
| D2562 | • | | • | | | | | | | | • | | | • | | | | 2.19 | A2-106 |
| D2577 | • | | • | | | | • | | | | | | | | | | | 0.56 | A2-106 |
| D2582 | • | | • | | | | • | | | | | | • | | | | | 0.27 | A2-107 |
| D2584 | • | | • | | | | • | | | | | | • | | | | | 0.29 | A2-107 |
| D2585 | • | | • | | | | • | | • | • | | | | | | | | 0.07 | A2-107 |
| D2588 | • | | • | • | | | | | | | | | | • | | | | 0.92 | A2-107 |
| D2588A | • | | • | • | | | • | | | | | | | | | | | 0.30 | A2-108 |
| D2591 | | | | • | | | • | | | | | | | | | | | 1.00 | A2-108 |
| D2613 | • | | • | | | | • | | | | | | | | | | | 0.88 | A2-108 |
| D2615 | • | | • | | | | • | | • | | • | | • | • | | | | 0.12 | A2-108 |
| D2616 | • | | • | | | | | | | | | | | • | | | | 0.57 | A2-108 |
| D2624 | | | • | • | | | | | | | • | | • | • | | | | 2.23 | A2-109 |
| D2628SJ | • | | • | | | | • | | | | | | | | | | | 0.55 | A2-110 |

| Route No. | 1 Minimize impacts to soil, watershed, vegetation, grassland, or shrubs | 2 Minimize user conflicts | 3 Minimize impacts to bighorn sheep | 4 Minimize other animal habitat fragmentation | 5 Route results in off-road travel | 6 Closure beneficial to park management | 7 No need or low use | 8 Route currently closed | 9 Route reclaiming naturally | 10 Closure protects cultural resources | 11 Route is redundant | 12 Route open seasonally | 13 Closure assists wayfinding | 14 Closure enhances visual contrast | 15 Closure avoids safety hazards | 16 Route impacts private property | 17 Seasonal closure (SITLA) | Route Length (Miles) | DR Cite |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D2629SJ | ● | | | | | | ● | | | | | | | ● | | | | 0.13 | A2-1 |
| D2633 | | | ● | ● | | | ● | | | | ● | | ● | ● | | | | 0.73 | A2-110 |
| D2638 | ● | | ● | | | | | | | | ● | | ● | ● | | | | 0.64 | A2-110 |
| D2639 | ● | | ● | ● | | | ● | | | | | | ● | ● | | | | 0.75 | A2-111 |
| D2646 | ● | | | ● | | | ● | | | | | | | ● | | | | 0.13 | A2-111 |
| D2649 | ● | | | ● | | | ● | | | | | | | ● | | | | 0.13 | A2-111 |
| D2653 | ● | | | ● | | | ● | | | | ● | | | ● | | | | 0.94 | A2-112 |
| D2654 | ● | | | ● | | | ● | | ● | | | | | ● | | | | 0.09 | A2-112 |
| D2656 | ● | | ● | | | | ● | | | | | | | ● | | | | 0.56 | A2-112 |
| D2658 | ● | | ● | ● | | | ● | | | | | | | ● | | | | 2.15 | A2-112 |
| D2661 | ● | | | ● | | | | | | | ● | | ● | ● | | | | 1.04 | A2-113 |
| D2663 | ● | | | ● | | | | | ● | | | | | ● | | | | 0.45 | A2-113 |
| D2664A | ● | | ● | ● | | | | | ● | | | | | | | | | 1.40 | A2-113 |
| D2674 | ● | | ● | | | | ● | | | | | | | ● | | | | 0.64 | A2-114 |
| D2675 | ● | | ● | | | | ● | | | | | | | ● | | | | 0.57 | A2-114 |
| D2678B | ● | | ● | ● | | | ● | | | | | | | ● | | | | 0.57 | A2-114 |
| D2680 | ● | | ● | | | | | | | | | | | ● | | | | 2.47 | A2-114 |
| D2685 | ● | | ● | | | | ● | | | | | | | ● | | | | 0.41 | A2-115 |
| D2686 | ● | | ● | ● | | | | | | | | | | ● | | | | 1.30 | A2-115 |
| D2691 | ● | | ● | | | | ● | | | | | | | ● | | | | 0.17 | A2-115 |
| D2693 | ● | | ● | | | | | | | | | | | | | | | 0.34 | A2-115 |
| D2704 | ● | | ● | | | | ● | | | | | | | ● | | | | 0.17 | A2-116 |
| D2705 | ● | | ● | ● | | | | | | | ● | | ● | ● | | | | 0.94 | A2-116 |
| D2719 | ● | | | | | | ● | | ● | | | | ● | ● | | | | 0.15 | A2-118 |
| D2733 | ● | | ● | ● | | | ● | | ● | | | | | ● | | | | 0.27 | A2-118 |
| D2738 | ● | | ● | ● | | | ● | | | | | | | ● | | | | 0.88 | A2-118 |
| D2755 | ● | | ● | | | | ● | | ● | | | | | ● | | | | 0.08 | A2-120 |
| D2756A | ● | | ● | | | | ● | | | | | | | ● | | | | 0.75 | A2-120 |
| D2759 | ● | | ● | ● | | | | | | ● | | | | | | | | 4.13 | A2-121 |
| D2759B | ● | ● | ● | ● | ● | | | | | ● | | | | ● | | | | 10.60 | A2-123 |
| D2761A | ● | | ● | ● | | | ● | | ● | | | | | ● | | | | 0.52 | A2-124 |
| D2761B | ● | | ● | ● | | | | | | | | | | ● | | | | 0.38 | A2-125 |
| D2763A | ● | | ● | | | | | | | | | | | | | | | 0.71 | A2-125 |
| D2763B | ● | ● | | | | | | | | | | | | | | | | 0.84 | A2-125 |
| D2763C | | ● | ● | | | | | | | | | | | | | | | 0.84 | A2-125 |
| D2767 | ● | | ● | | | | ● | | | | | | ● | | | | | 0.91 | A2-126 |
| D2771 | | | ● | | | | | | | | | | | ● | | | | 2.26 | A2-126 |
| D2779 | ● | | | ● | | | ● | | ● | | | | | ● | | | | 0.03 | A2-127 |
| D2780 | ● | | | ● | | | ● | | ● | | | | | ● | | | | 0.20 | A2-127 |
| D2781 | ● | | | ● | | | ● | | ● | | | | | ● | | | | 0.03 | A2-127 |
| D2782 | ● | | | ● | | | ● | | | | | | | ● | | | | 0.26 | A2-127 |
| D2791 | ● | | | ● | | | ● | | | | | | | ● | | | | 0.13 | A2-128 |
| D2840 | ● | | ● | ● | | | | | | | ● | | | ● | | | | 5.54 | A2-129 |
| D2840B | ● | | | | | | | | | | ● | | | ● | | | | 0.18 | A2-129 |
| D2844 | ● | | | ● | ● | | | | | | | | | ● | | | | 0.43 | A2-129 |
| D2845 | ● | ● | ● | ● | | | | | | | | | | | | | | 0.80 | A2-129 |
| D2846B | ● | | ● | ● | | ● | | | | | | | ● | | | | | 0.70 | A2-129 |
| D2850 | ● | | | | | | | | | | ● | | | ● | | | | 1.38 | A2-130 |

| Route No. | 1 Minimize impacts to soil, watershed, vegetation, grassland, or shrubs | 2 Minimize user conflicts | 3 Minimize impacts to bighorn sheep | 4 Minimize other animal habitat fragmentation | 5 Route results in off-road travel | 6 Closure beneficial to park management | 7 No need or low use | 8 Route currently closed | 9 Route reclaiming naturally | 10 Closure protects cultural resources | 11 Route is redundant | 12 Route open seasonally | 13 Closure assists wayfinding | 14 Closure enhances visual contrast | 15 Closure avoids safety hazards | 16 Route impacts private property | 17 Seasonal closure (SITLA) | Route Length (Miles) | DR Cite |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D2850A | • |  | • | • |  |  | • |  |  |  |  |  |  | • |  |  |  | 1.39 | A2-130 |
| D2854 | • |  |  |  |  |  | • |  |  |  |  |  |  | • |  |  |  | 0.22 | A2-131 |
| D2862 | • |  |  |  |  |  |  |  |  | • |  |  |  | • |  |  |  | 0.18 | A2-131 |
| D2863 | • |  | • |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 0.92 | A2-131 |
| D2867 | • |  | • | • |  |  |  |  |  |  |  |  |  |  |  |  |  | 0.51 | A2-131 |
| D2880 | • |  | • | • |  |  |  |  |  |  |  |  |  | • |  |  |  | 1.05 | A2-131 |
| D2909 | • |  | • | • |  |  | • |  | • |  |  |  |  | • |  |  |  | 1.71 | A2-132 |
| D2920 | • |  | • | • |  |  |  |  |  |  |  |  |  | • |  |  |  | 0.70 | A2-133 |
| D2925 | • |  | • | • |  |  | • |  |  |  |  |  |  | • |  |  |  | 1.12 | A2-133 |
| D2928 | • |  | • | • |  |  | • |  | • |  |  |  |  | • |  |  |  | 0.53 | A2-133 |
| D2929 |  |  |  |  |  |  | • |  |  |  |  |  | • |  | • |  |  | 0.29 | A2-134 |
| D2936 | • |  | • | • |  |  |  |  |  |  |  |  |  | • |  |  |  | 0.98 | A2-134 |
| D2945 |  |  | • | • |  |  |  |  |  |  |  |  |  |  |  |  |  | 1.12 | A2-135 |
| D2984 |  |  | • | • |  |  | • |  | • | • |  |  |  | • |  |  |  | 2.50 | A2-136 |
| D2995 |  |  | • | • |  |  | • |  |  |  |  |  |  | • |  |  |  | 1.35 | A2-136 |
| D2999 | • |  | • | • |  |  |  |  |  | • |  |  |  | • |  |  |  | 1.50 | A2-136 |
| D3002A |  |  | • | • |  |  | • |  |  | • |  |  |  | • |  |  |  | 0.19 | A2-137 |
| D3010 |  |  | • | • |  |  | • |  |  |  |  |  |  | • |  |  |  | 0.89 | A2-137 |
| D3014 | • |  | • | • |  |  | • |  |  |  |  |  |  |  |  |  |  | 0.44 | A2-137 |
| D3035 |  |  | • | • |  |  | • |  | • |  | • |  |  | • |  |  |  | 0.76 | A2-138 |
| D3045 |  |  | • | • |  |  | • |  | • |  | • |  |  | • |  |  |  | 0.38 | A2-139 |
| D3048A |  |  |  |  |  |  | • |  | • |  | • |  |  | • |  |  |  | 0.38 | A2-139 |
| D3052 | • |  | • | • |  |  | • |  |  |  |  |  | • | • |  |  |  | 0.20 | A2-139 |
| D3054 |  |  | • | • |  |  | • |  |  |  | • |  |  | • |  |  |  | 0.64 | A2-139 |
| D3055 | • |  | • | • |  |  | • |  | • |  | • |  | • | • |  |  |  | 0.22 | A2-140 |
| D3059 | • |  | • | • |  |  | • |  | • |  | • |  |  | • |  |  |  | 0.14 | A2-140 |
| D3063A |  |  | • | • |  |  | • |  | • |  | • |  |  | • |  |  |  | 0.33 | A2-140 |
| D3089 |  |  | • | • |  |  | • |  |  | • | • |  | • | • |  |  |  | 1.22 | A2-141 |
| D3097A |  |  | • | • |  |  | • |  |  |  | • |  |  | • |  |  |  | 0.09 | A2-142 |
| D3120 |  |  | • | • |  |  |  |  |  |  | • |  |  | • |  |  |  | 0.65 | A2-143 |
| D3126 | • |  | • | • |  |  |  |  |  |  |  |  |  | • |  |  |  | 0.72 | A2-143 |
| D3172 |  |  |  | • |  |  |  |  |  |  | • |  |  | • |  |  |  | 0.46 | A2-144 |
| D3174 |  |  | • | • |  |  | • |  |  | • |  |  |  |  |  |  |  | 0.06 | A2-145 |
| D3192 |  |  | • |  |  |  | • |  |  |  | • |  |  | • |  |  |  | 1.07 | A2-145 |
| D3200 |  |  | • | • |  |  | • |  |  |  | • |  |  | • |  |  |  | 0.10 | A2-146 |
| D3211 | • |  |  |  |  |  | • |  | • |  | • |  |  | • |  |  |  | 0.89 | A2-146 |
| D3212 | • |  |  |  |  |  | • |  | • |  |  |  |  | • |  |  |  | 0.87 | A2-146 |
| D3270 |  |  | • | • |  |  | • |  |  |  | • |  |  | • |  |  |  | 1.41 | A2-147 |
| D3280 |  |  | • | • |  |  | • |  | • |  |  |  |  | • |  |  |  | 0.73 | A2-147 |
| D3284 | • | • | • | • |  |  | • |  |  |  |  |  |  |  |  |  |  | 0.65 | A2-147 |
| D3494 |  | • |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 0.20 | A2-148 |
| D3500 |  | • |  |  |  |  |  |  |  |  |  |  |  |  | • |  |  | 0.33 | A2-148 |
| D3503 |  | • |  |  |  |  | • |  |  |  |  |  |  |  |  |  |  | 0.25 | A2-148 |
| D3559 |  | • |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 0.42 | A2-149 |
| D3565 | • | • |  |  |  | • | • |  | • |  |  |  |  | • |  |  |  | 0.90 | A2-149 |
| D3589 |  |  |  |  |  |  | • |  |  |  |  |  |  | • |  |  |  | 0.45 | A2-150 |
| D3590 |  |  |  |  |  |  | • |  |  |  |  |  |  | • |  |  |  | 0.20 | A2-150 |
| D3767 | • |  |  |  |  |  | • |  |  |  | • |  | • | • |  |  |  | 0.05 | A2-150 |

| Route No. | 1 Minimize impacts to soil, watershed, vegetation, grassland, or shrubs | 2 Minimize user conflicts | 3 Minimize impacts to bighorn sheep | 4 Minimize other animal habitat fragmentation | 5 Route results in off-road travel | 6 Closure beneficial to park management | 7 No need or low use | 8 Route currently closed | 9 Route reclaiming naturally | 10 Closure protects cultural resources | 11 Route is redundant | 12 Route open seasonally | 13 Closure assists wayfinding | 14 Closure enhances visual contrast | 15 Closure avoids safety hazards | 16 Route impacts private property | 17 Seasonal closure (SITLA) | Route Length (Miles) | DR Cite |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D3802 | ● | | | | | | | | | | | | | ● | | | | 2.75 | A2-150 |
| D3802A | ● | | | | | | | | | | | | | ● | | | | 2.75 | A2-150 |
| D3805 | ● | | | | | | | | | | | | | ● | | | | 0.20 | A2-150 |
| D3810 | | | | | | | | | | | | | | ● | | | | 2.08 | A2-150 |
| D3811 | | | | | | | | | | | | | | ● | | | | 0.92 | A2-150 |
| D3813 | | | | | | | ● | | | | | | | ● | | | | 0.22 | A2-151 |
| D3823 | | | | | | | ● | | | | | | | | | | | 0.29 | A2-151 |
| D3824 | | | | | | | ● | | | | | | | ● | | | | 0.03 | A2-151 |
| D3828 | | ● | | | | | ● | | | | | | | | | | | 0.57 | A2-151 |
| D3845 | ● | | | | | | | | | | | | | | | | | 1.22 | A2-152 |
| D3857 | | ● | | | | | | | | | | | | ● | | | | 0.02 | A2-152 |
| D3867 | | | | | | | ● | | | | ● | | ● | ● | | | | 0.05 | A2-152 |
| D3868 | | | | | | | | | | | ● | | ● | ● | | | | 0.17 | A2-152 |
| D3873 | | | | | | | ● | | | | | | ● | ● | | | | 0.03 | A2-153 |
| D3886 | ● | | | | | | | | | | | | ● | ● | | | | 0.02 | A2-153 |
| D3887 | ● | | | | | | ● | | ● | | | | | ● | | | | 0.02 | A2-153 |
| D3922A | | | | | | | | | | | ● | | ● | ● | | | | 0.15 | A2-154 |
| D3924 | ● | | | | | | ● | | | | | | | | | | | 0.60 | A2-154 |
| D3927 | | | | | | | | | | | | | ● | ● | ● | | | 0.26 | A2-155 |
| D3937 | | | | ● | | | ● | | | ● | | | | | | | | 0.43 | A2-155 |
| D3939 | | | | ● | | | | | | | | | | ● | | | | 0.24 | A2-155 |
| D6886 | | | | | | | ● | | ● | | | | | ● | | | | 0.37 | A2-156 |
| D6926 | ● | | ● | | | | ● | | ● | | | | | | | | | 0.19 | A2-156 |
| D6940 | ● | | ● | | | | | | | | ● | | ● | ● | | | | 1.07 | A2-156 |
| D7059 | ● | | ● | | | | ● | | | | | | | ● | | | | 0.30 | A2-156 |
| D7066 | | | ● | | | | | | | | ● | | ● | | | | | 0.35 | A2-157 |
| D7070 | | | ● | ● | | | ● | | ● | | | | | ● | | | | 1.10 | A2-157 |
| D7073 | ● | | ● | | | | ● | | | | | | | ● | | | | 0.30 | A2-157 |
| D7209 | ● | ● | ● | | | | ● | | | | | | | | | | | 0.04 | A2-157 |
| D7268 | ● | | ● | | | | | | | | ● | | ● | ● | | | | 0.90 | A2-157 |
| D7307 | ● | | ● | ● | | | ● | | | | | | | ● | | | | 0.33 | A2-158 |
| D7308 | ● | | ● | ● | | | ● | | | | | | | ● | | | | 0.58 | A2-158 |
| D7315 | ● | | ● | ● | | | ● | | ● | | | | | ● | | | | 0.17 | A2-158 |
| D7369 | | | ● | | | | ● | | | | | | | | | | | 0.73 | A2-159 |
| D7380 | ● | | ● | ● | | | ● | | ● | | | | | | | | | 0.27 | A2-159 |
| D7405A | | | | | | | | | | | ● | | | ● | | | | 0.10 | A2-159 |
| D7428 | | | ● | | | | | | | | ● | | | ● | | | | 1.15 | A2-159 |
| D7852 | | | | ● | | | ● | | | | | | | ● | | | | 0.22 | A2-160 |
| D7853 | | | | ● | | | ● | | | | | | | ● | | | | 0.38 | A2-160 |
| D7860 | ● | | | ● | | ● | | | | ● | | | | ● | | | | 0.24 | A2-160 |
| D8030 | ● | | | | | | | | | | ● | | ● | ● | | | | 0.17 | A2-160 |
| D8185 | ● | | ● | ● | | | ● | | | | | | | | | | | 0.16 | A2-161 |
| D8466 | ● | | ● | | | | ● | | | | | | | | | | | 0.26 | A2-161 |
| D8669 | ● | ● | ● | | | | ● | | | | | | | ● | | | | 0.98 | A2-162 |
| D8704 | ● | | ● | | | | ● | | | | | | ● | ● | | | | 1.42 | A2-162 |
| D8710 | | | ● | | | | ● | | ● | | | | | ● | | | | 0.16 | A2-162 |
| D8738 | | | ● | | | | ● | | ● | | | | | ● | | | | 0.36 | A2-162 |
| D8847 | | ● | | | | | ● | | | | | | | ● | | | | 0.73 | A2-162 |

| Route No. | 1 Minimize impacts to soil, watershed, vegetation, grassland, or shrubs | 2 Minimize user conflicts | 3 Minimize impacts to bighorn sheep | 4 Minimize other animal habitat fragmentation | 5 Route results in off-road travel | 6 Closure beneficial to park management | 7 No need or low use | 8 Route currently closed | 9 Route reclaiming naturally | 10 Closure protects cultural resources | 11 Route is redundant | 12 Route open seasonally | 13 Closure assists wayfinding | 14 Closure enhances visual contrast | 15 Closure avoids safety hazards | 16 Route impacts private property | 17 Seasonal closure (SITLA) | Route Length (Miles) | DR Cite |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D8869 |  |  | ● |  |  |  | ● |  | ● |  | ● |  |  | ● |  |  |  | 0.09 | A2-163 |
| D9010 | ● |  | ● | ● |  | ● | ● |  | ● |  |  |  |  |  |  |  |  | 0.35 | A2-163 |
| D9141 | ● | ● | ● | ● |  |  |  |  |  |  |  |  |  | ● |  |  |  | 0.17 | A2-163 |
| DC1 | ● |  | ● | ● |  |  |  |  |  |  |  |  | ● |  |  |  |  | 0.54 | A2-163 |
| DC2 | ● |  | ● | ● |  |  |  |  |  |  |  |  |  |  |  |  |  | 0.89 | A2-164 |
| DC3A | ● |  | ● | ● |  |  |  |  |  |  |  |  |  |  |  |  |  | 4.99 | A2-164 |
| GR01 | ● |  |  |  |  |  |  |  |  |  | ● |  |  |  |  |  |  | 0.63 | A2-167 |
| OWW1 | ● |  |  |  |  | ● |  |  |  |  | ● |  |  |  |  |  |  | 0.48 | A2-168 |
| SWL1 | ● |  |  |  |  |  |  |  |  |  | ● |  |  |  |  |  |  | 1.11 | A2-171 |
| **Number of Trails Affected** | 324 | 32 | 297 | 135 | 2 | 6 | 243 | 3 | 76 | 18 | 146 | 5 | 84 | 274 | 13 | 1 | 2 | 441 |  |
| **Total Length of Trails (Miles)** | 228.9 | 47.9 | 245.4 | 135.4 | 10.8 | 5.7 | 131.8 | 3.1 | 38.8 | 24.5 | 103.4 | 3.2 | 43.2 | 190.9 | 16.3 | 0.1 | 1.9 | 320.2 |  |