| Government's Rationale | Number of Trails Affected | Total Length of Trails (Miles) |
|---|---|---|
| Minimize impacts to soil, watershed, vegetation, grassland, or shrubs | 324 | 228.9 |
| Minimize user conflicts | 32 | 47.9 |
| Minimize impacts to bighorn sheep | 297 | 245.4 |
| Minimize other animal habitat fragmentation | 135 | 135.4 |
| Route results in off-road travel | 2 | 10.8 |
| Closure beneficial to park management | 6 | 5.7 |
| No need or low use | 243 | 131.8 |
| Route currently closed | 3 | 3.1 |
| Route reclaiming naturally | 76 | 38.8 |
| Closure protects cultural resources | 18 | 24.5 |
| Route is redundant | 146 | 103.4 |
| Route open seasonally | 5 | 3.2 |
| Closure assists wayfinding | 84 | 43.2 |
| Closure enhances visual contrast | 274 | 190.9 |
| Closure avoids safety hazards | 13 | 16.3 |
| Route impacts private property | 1 | 0.1 |
| Seasonal closure (SITLA) | 2 | 1.9 |
| **Total** | **441** | **320.2** |