KATHY A.F. DAVIS (4022)
ROGER R. FAIRBANKS (3792)
K. TESS DAVIS (15831)
Assistant Attorneys General
Utah Attorney General's Office
KENDALL G. LAWS (14700)
Special Assistant Attorney General
DEREK E. BROWN (10467)
UTAH ATTORNEY GENERAL
1594 West North Temple, Suite 300
Salt Lake City, Utah 84116
kathydavis@agutah.gov
rfairbanks@agutah.gov
kaitlindavis@agutah.gov
klaws@utah.gov

*Attorneys for Plaintiffs State of Utah, et.al.*

---

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF UTAH, SOUTHERN DIVISION

---

| | |
|---|---|
| BLUERIBBON COALITION, INC., *et al.,* | Consolidated Case Nos.: |
| and | 4:24-cv-00046-DAK-JCB |
| STATE OF UTAH, *et al.,* | 2:23-cv-00923-DAK-JCB |
| Plaintiffs, | |
| vs. | |
| U.S. BUREAU OF LAND MANAGEMENT, | **UNOPPOSED MOTION TO EXTEND TIME FOR PLAINTIFFS STATE OF UTAH, *ET. AL.* TO FILE REPLY BRIEF** |
| *et al.,* | |
| Defendants, | District Judge Dale A. Kimball |
| and | Magistrate Judge Jared C. Bennett |
| SOUTHERN UTAH WILDERNESS ALLIANCE, | |
| Defendant-Intervenor. | |

Plaintiffs State of Utah, *et. al.* respectfully move this Court to extend the time to file their Reply Brief as directed by the Court in its September 4, 2024, Order [ECF No. 69] ("Order"). Pursuant to the Order, Plaintiffs' Reply Brief is currently due on February 18, 2025.

By this motion, Plaintiffs request the Court to extend the deadline up to and including March 7, 2025. Good cause exists for this request due to limited availability of attorneys and support staff, as well as various competing filing deadlines during the next few weeks.

Counsel for Plaintiffs have discussed the requested extension with counsel for defendants and intervenor-defendants. They have stated that they take no position on this motion. A proposed Order is submitted herewith.

Respectfully submitted this 13th day of February.

/s/*Roger R. Fairbanks*
Roger R. Fairbanks
Kathy A.F. Davis
K. Tess Davis

Attorneys for Plaintiff
State of Utah

**CERTIFICATE OF SERVICE**

I certify that on this 13th day of February 2025, the undersigned electronically filed the foregoing **UNOPPOSED MOTION TO EXTEND TIME FOR PLAINTIFFS STATE OF UTAH, *ET. AL*., TO FILE REPLY BRIEF** with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record.


/s/ *Roger R. Fairbanks*
Assistant Attorney General