IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, SOUTHERN DIVISION

| | |
|---|---|
| BLUERIBBON COALITION, INC., *et al.,*<br><br>and<br><br>STATE OF UTAH, *et al.*,<br><br>      Plaintiffs,<br><br>vs.<br><br>U.S. BUREAU OF LAND MANAGEMENT, *et al.,*<br><br>      Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>      Defendant-Intervenor. | Consolidated Case Nos.:<br><br>      4:24-cv-00046-DAK-JCB<br>      2:23-cv-00923-DAK-JCB<br><br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME FOR PLAINTIFFS STATE OF UTAH, *ET. AL*., TO FILE REPLY BRIEF**<br><br>District Judge Dale A. Kimball<br>Magistrate Judge Jared C. Bennett |

The Court, having considered the Unopposed Motion to Extend Time for Plaintiffs State of Utah, *et. al*., to File Reply Brief, and good cause appearing therefor, it is hereby ordered that

the Motion is GRANTED. Plaintiffs State of Utah, *et. al.*, shall file their Reply Brief on or before March 7, 2025.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge