Kathy A.F. Davis (4022)
Kaitlin Davis (15831)
Roger Fairbanks (3792)
Rachelle Shumway (8177)
Assistant Attorneys General
DEREK BROWN (10476)
Utah Attorney General
1594 W North Temple
Suite 320
Salt Lake City, Utah 84116
Telephone: (801) 537-9801
kathydavis@agutah.gov
kaitlindavis@agutah.gov
rfairbanks@agutah.gov
rashumway@agutah.gov

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, SOUTHERN DIVISION

| | |
|---|---|
| BLUERIBBON COALITION, INC., *et al.*, <br><br>and<br><br>STATE OF UTAH, *et al.*,<br><br> Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT *et al.*<br><br> Defendant,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, et al.,<br><br> Intervenor-Defendants. | Consolidated Case Nos.:<br><br>4:24-cv-00046-DAK-JCB<br><br>2:23-cv-00923-DAK-JCB<br><br>**NOTICE OF APPEARANCE OF RACHELLE SHUMWAY AS COUNSEL FOR PLAINTIFFS**<br><br>District Judge Dale A Kimball<br>Magistrate Judge Jared C. Bennet |

Notice is hereby given of the appearance of the undersigned as counsel for Plaintiffs, State of Utah. Pursuant to Federal Rule of Civil Procedure 5, all further notices and copies of pleadings, correspondence, papers and other materials relevant to this action should be directed to and served upon:

Rachelle Shumway (8177)
Assistant Attorney General
1594 W North Temple
Suite 320
Salt Lake City, Utah 84116
Telephone: (801) 537-9801
rashumway@agutah.gov

DATED this 6th day of March, 2025.

/s/Rachelle Shumway
Rachelle Shumway
Assistant Utah Attorney General

## CERTIFICATE OF SERVICE

    I certify that on March 6th, 2025 the undersigned electronically filed the foregoing **NOTICE OF APPEARANCE OF RACHELLE SHUMWAY AS COUNSEL FOR PLAINTIFFS** with the Clerk of the Court using the CM/ECF system which will send notification of this filingto all counsel of record.

    /s/ Rachelle Shumway