# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLUERIBBON COALITION, INC., *et al.*,<br><br>and<br><br>STATE OF UTAH, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, et al.,<br><br>  Defendants,<br><br> and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>  Intervenor-Defendant. | Case Nos. 2:23-cv-00923-DAK<br>          4:24-cv-00046-DAK<br><br><br>**[PROPOSED]**<br>**ORDER GRANTING MOTION TO**<br>**CONTINUE ORAL ARGUMENT**<br><br><br><br><br>Judge Dale A. Kimball<br>Magistrate Judge Jared C. Bennett |

    Before the Court is a Motion to Continue Oral Argument by Defendants U.S. Bureau of Land Management, et al. For good cause appearing, the motion is GRANTED. The hearing on motions previously set for May 22, 2025, shall be continued to _____, 2025. The Clerk will submit a separate Notice of Hearing providing participation information for the hearing.

DATED this ___th day of April 2025.

                                    BY THE COURT:


                                    _____
                                    DALE A. KIMBALL
                                    United States District Judge