

May 16, 2025

U.S. District Clerk's Office
UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
Orrin G. Hatch United States Courthouse
351 South West Temple, Rm. 1.100
Salt Lake City, Utah 84101
801-524-6100

RE:    Notice of Unavailability
       Case No. 2:23-CV-923-DAK-JCB; *BlueRibbon Co., et al. v. BLM, et al.*

Dear Sir or Madame:

I serve as lead counsel for Plaintiffs in the above-referenced matter. This is to notify you that I will be out of the country on a scheduled and paid-for family vacation and unavailable from July 6 – 18, 2025. I will not have access to office voicemail and email during these dates. I would appreciate your cooperation in refraining from scheduling matters in the above-referenced case during this time period.

Sincerely,

/s/ *Matthew Miller*
Matthew Miller

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2025, I caused electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all properly registered counsel.

*/s/ Matthew Miller*
MATTHEW MILLER