KATHY A.F. DAVIS (4022)
ROGER R. FAIRBANKS (3792)
K. TESS DAVIS (15831)
RACHELLE SHUMWAY (8177)
Assistant Attorneys General
Utah Attorney General's Office
KENDALL G. LAWS (14700)
Special Assistant Attorney General
DEREK E. BROWN (10467)
UTAH ATTORNEY GENERAL
1594 West North Temple, Suite 300
Salt Lake City, Utah 84116
kathydavis@agutah.gov
rfairbanks@agutah.gov
kaitlindavis@agutah.gov
rsashumway@agutah.gov
klaws@utah.gov

*Attorneys for Plaintiffs State of Utah, et.al.*

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF UTAH, SOUTHERN DIVISION

| | |
|---|---|
| BLUERIBBON COALITION, INC., *et al.,*<br><br>and<br><br>STATE OF UTAH, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BUREAU OF LAND MANAGEMENT,<br><br>*et al.,*<br>Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Defendant-Intervenor. | Consolidated Case Nos.:<br><br>4:24-cv-00046-DAK-JCB<br>2:23-cv-00923-DAK-JCB<br><br>**PLAINTIFF STATE OF UTAH'S MOTION TO CONTINUE ORAL ARGUMENT**<br><br>District Judge Dale A. Kimball<br>Magistrate Judge Jared C. Bennett |

These consolidated cases challenge the U.S. Bureau of Land Management's ("BLM") Labyrinth/Gemini Bridges Travel Management Plan ("TMP"). The parties' merit briefs have been filed, and the Court has scheduled oral argument by videoconference on August 20, 2025 at 2:00 pm (Dkt. 91).

Plaintiff State of Utah ("State") respectfully moves to continue oral argument as currently scheduled to a date not less than 90 days. The State requests this continuance due to reduced office staffing following the recent departure of several attorneys. The attorney now assigned to the case is new to the office, was only recently assigned to this matter, and has a previously scheduled vacation during the preparation time for this case. The State is unable to adequately prepare and therefore requests this continuance. Plaintiff BlueRibbon Coalition ("BRC") and Defendant BLM do not oppose this motion; Defendant-Intervenor Southern Utah Wilderness Alliance ("SUWA") takes no position.

Accordingly, the State respectfully requests that the Court continue the oral argument scheduled for August 20, 2025, for at least 90 days. The TMP is one of a series of actions spanning six Utah BLM field offices relating to a dispute arising in 2008. See Mem. Decision and Order, Dkt. 48, 2024 WL 1197862, at *1 (D. Utah March 20, 2024). The underlying dispute was resolved "through a settlement agreement that this court approved, and the Tenth Circuit affirmed." *Id*. The TMP reflects BLM's ongoing effort to address the framework and schedule for issuance of further travel plans set forth by the settlement agreement. Officials at the Department of the Interior ("DOI") are reviewing the TMP and considering BLM's broader framework for travel management, including implementation of the settlement agreement, according to Defendant's previous Motion to Continue Oral Argument.

The proposed continuance will conserve the resources of the Court and the parties and is in the public interest. Courts have broad discretion to stay proceedings and to defer judicial review in the interest of justice and efficiency. "[T]he power to stay proceedings is incidental to the power inherent

in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Air Line Pilots Ass'n v. Miller*, 523 U.S. 866, 879 n.6 (1998) (quoting *Landis v. North Am. Co*., 299 U.S. 248, 254 (1936)); see also *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962); *Am. Petroleum Inst. v. EPA*, 683 F.3d 382, 388 (D.C. Cir. 2012) (premature and unnecessary judicial review "would hardly be sound stewardship of judicial resources"). Further, the proposed continuance will not prejudice the parties. Defendant has previously requested a continuance of oral argument which was granted by this Court.

Undersigned counsel has conferred with and provided a copy of this motion to counsel for the other parties to this litigation. As indicated above, counsel for Plaintiffs BRC, *et al.*, and Defendant have indicated that they do not oppose a 90-day continuance of argument. Counsel for Intervenor-Defendant Southern Utah Wilderness Alliance has indicated that they take no position on the requested continuance.

Respectfully submitted this 5th day of August.

/s/ *K. Tess Davis*
K. Tess Davis
Kathy A.F. Davis
Roger R. Fairbanks
Rachelle Shumway

Attorneys for Plaintiff
State of Utah

**CERTIFICATE OF SERVICE**

I certify that on this 5th day of August 2025, the undersigned electronically filed the foregoing **UNOPPOSED MOTION TO CONTINUE ORAL ARGUMENT** with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record.

/s/ *K. Tess Davis*
Assistant Attorney General