IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH,
SOUTHERN DIVISION

| | |
|---|---|
| BLUERIBBON COALITION, INC., *et al.,*<br><br>and<br><br>STATE OF UTAH, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>U.S. BUREAU OF LAND MANAGEMENT,<br><br>*et al.,*<br><br>    Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>    Defendant-Intervenor. | Consolidated Case Nos.:<br><br>4:24-cv-00046-DAK-JCB<br>2:23-cv-00923-DAK-JCB<br><br><br>**[PROPOSED] ORDER GRANTING MOTION TO CONTINUE ORAL ARGUMENT**<br><br>District Judge Dale A. Kimball<br>Magistrate Judge Jared C. Bennett |

    Before the Court is a Motion to Continue Oral Argument by Plaintiff State of Utah. For good cause appearing, the Motion is GRANTED. The hearing previously set for August 20, 2025, shall be continued to _____, 2025. The Clerk will submit a separate Notice of Hearing providing participation information for the hearing.

DATED this _____ day of August 2025.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge