IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BLUERIBBON COALITION, INC., *et al.*,<br><br>and<br><br>STATE OF UTAH, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>U.S. BUREAU OF LAND MANAGEMENT,<br><br>*et al.*,<br><br>    Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>    Defendant-Intervenor. | Consolidated Case Nos.:<br><br>4:24-cv-00046-DAK-JCB<br>2:23-cv-00923-DAK-JCB<br><br><br>**ORDER GRANTING MOTION TO CONTINUE ORAL ARGUMENT**<br><br><br>District Judge Dale A. Kimball<br>Magistrate Judge Jared C. Bennett |

    Before the Court is a Motion to Continue Oral Argument by Plaintiff State of Utah. For good cause appearing, the Motion is GRANTED. The hearing previously set for August 20, 2025 is VACATED. The court grants the State of Utah 90 days to prepare for the hearing. By no later than October 15, 2025, all parties to the case shall notify the court as to whether they are prepared to proceed with the hearing on this matter and propose mutually agreed upon dates for the hearing. The pending motions for review of

agency action will be terminated on the court's docket and restored when the parties are ready to proceed with them.

    DATED this 5th day of August 2025.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge