| Segment ID | Route ID | Miles | 2023 TMP Decision | Proposed Redesignation |
|---|---|---|---|---|
| D1026B.1 | D1026B | 1.49 | Closed | Open |
| D1033A.1 | D1033A | 2.42 | Closed | Open |
| D1035.1 | D1035 | 0.15 | Closed | Open |
| D1035.2 | D1035 | 0.08 | Closed | Open |
| D1035.3 | D1035 | 0.21 | Closed | Open |
| D1044.1 | D1044 | 0.68 | Closed | Open |
| D1045.1 | D1045 | 0.82 | Closed | Open |
| D1048A.1 | D1048A | 0.77 | Closed | Open |
| D1059.1 | D1059 | 0.59 | Closed | Open |
| D1059.2 | D1059 | 0.06 | Closed | Open |
| D1070.1 | D1070 | 0.76 | Closed | Open |
| D1070.2 | D1070 | 0.41 | Closed | Open |
| D1081.1 | D1081 | 1.51 | Closed | Open |
| D1081.2 | D1081 | 0.25 | Closed | Open |
| D1112.1 | D1112 | 1.74 | Closed | Open |
| D1126.1 | D1126 | 0.83 | Closed | Open |
| D1207.1 | D1207 | 0.19 | Closed | Open |
| D1207.2 | D1207 | 0.01 | Closed | Open |
| D1217.1 | D1217 | 2.13 | Closed | Limited to Seasonal Use |
| D1223C.1 | D1223C | 4.22 | Closed | Limited to Seasonal Use |
| D1223C.2 | D1223C | 0.74 | Closed | Limited to Seasonal Use |
| D1223C.3 | D1223C | 0.67 | Closed | Limited to Seasonal Use |
| D1248.1 | D1248 | 0.12 | Closed | Open |
| D1262.1 | D1262 | 0.17 | Closed | Open |
| D1262.2 | D1262 | 0.02 | Closed | Open |
| D1270A.1 | D1270A | 1.00 | Closed | Open |
| D1398A.1 | D1398A | 0.68 | Closed | Open |
| D1402A.1 | D1402A | 0.36 | Closed | Open |
| D1434.1 | D1434 | 1.62 | Closed | Open |
| D1474A.1 | D1474A | 0.95 | Closed | Open |
| D1507.1 | D1507 | 0.20 | Closed | Open |
| D1510.1 | D1510 | 0.85 | Closed | Open |
| D1515A.1 | D1515A | 0.58 | Closed | Open |
| D1520A.1 | D1520A | 1.16 | Closed | Open |
| D1522.1 | D1522 | 1.49 | Closed | Open |
| D1522.2 | D1522 | 0.01 | Closed | Open |
| D1526B.1 | D1526B | 1.74 | Closed | Limited to Seasonal Use |
| D1527B.1 | D1527B | 7.89 | Closed | Limited to Seasonal Use |
| D1528.1 | D1528 | 0.17 | Closed | Limited to Seasonal Use |
| D1584.1 | D1584 | 0.68 | Closed | Open |
| D1607.1 | D1607 | 0.55 | Closed | Open |
| D1625A.1 | D1625A | 0.21 | Closed | Open |
| D1625A.2 | D1625A | 0.03 | Closed | Open |
| D1625B.1 | D1625B | 3.21 | Closed | Open |
| D1641.1 | D1641 | 0.32 | Closed | Open |
| D1642.1 | D1642 | 0.35 | Closed | Open |
| D1646.1 | D1646 | 0.28 | Closed | Open |
| D1645.1 | D1645 | 0.07 | Closed | Open |
| D1646.2 | D1646 | 0.56 | Closed | Open |
| D1648A.1 | D1648A | 1.37 | Closed | Open |
| D1658.1 | D1658 | 0.63 | Closed | Open |

| | | | | |
|---|---|---|---|---|
| D1667.1 | D1667 | 0.75 | Closed | Open |
| D1673A.1 | D1673A | 0.01 | Closed | Open |
| D1674.1 | D1674 | 0.51 | Closed | Open |
| D1674.2 | D1674 | 0.22 | Closed | Open |
| D1685.1 | D1685 | 0.03 | Closed | Open |
| D1679.1 | D1679 | 0.49 | Closed | Open |
| D1685.2 | D1685 | 0.24 | Closed | Open |
| D1683.1 | D1683 | 0.65 | Closed | Open |
| D1685.3 | D1685 | 0.27 | Closed | Open |
| D1685.4 | D1685 | 0.09 | Closed | Open |
| D1685.5 | D1685 | 0.40 | Closed | Open |
| D1694.1 | D1694 | 0.63 | Closed | Open |
| D1722.1 | D1722 | 1.25 | Closed | Open |
| D1725.1 | D1725 | 0.83 | Closed | Open |
| D1728.1 | D1728 | 0.52 | Closed | Open |
| D1739.1 | D1739 | 0.31 | Closed | Open |
| D1758B.1 | D1758B | 1.18 | Closed | Open |
| D1748.1 | D1748 | 0.36 | Closed | Open |
| D1753.1 | D1753 | 0.23 | Closed | Open |
| D1758B.2 | D1758B | 0.28 | Closed | Open |
| D1758B.3 | D1758B | 0.17 | Closed | Open |
| D1758B.4 | D1758B | 0.23 | Closed | Open |
| D1833.1 | D1833 | 0.59 | Closed | Open |
| D1833.2 | D1833 | 0.12 | Closed | Open |
| D1833.3 | D1833 | 0.36 | Closed | Open |
| D1833.4 | D1833 | 0.71 | Closed | Open |
| D1843.1 | D1843 | 1.98 | Closed | Open |
| D1019B.1 | D1019B | 1.32 | Closed | Open |
| D1112.2 | D1112 | 0.11 | Closed | Open |
| D1860.1 | D1860 | 0.44 | Closed | Open |
| D1868.1 | D1868 | 0.18 | Closed | Open |
| D1908.1 | D1908 | 0.54 | Closed | Open |
| D1915B.1 | D1915B | 0.33 | Closed | Open |
| D1944.1 | D1944 | 2.74 | Closed | Open |
| D1945.1 | D1945 | 1.89 | Closed | Open |
| D1949.1 | D1949 | 0.72 | Closed | Open |
| D1949.2 | D1949 | 0.03 | Closed | Open |
| D1953.1 | D1953 | 2.00 | Closed | Open |
| D1945.2 | D1945 | 0.01 | Closed | Open |
| D1991.1 | D1991 | 1.07 | Closed | Open |
| D2014.1 | D2014 | 0.82 | Closed | Open |
| D2015.1 | D2015 | 0.16 | Closed | Open |
| D2014.2 | D2014 | 0.95 | Closed | Open |
| D2017.1 | D2017 | 0.06 | Closed | Open |
| D2022.1 | D2022 | 0.78 | Closed | Open |
| D2022.2 | D2022 | 0.12 | Closed | Open |
| D2029.1 | D2029 | 0.48 | Closed | Open |
| D2031.1 | D2031 | 1.50 | Closed | Open |
| D2375.1 | D2375 | 1.92 | Closed | Open |
| D2384.1 | D2384 | 0.27 | Closed | Open |
| D2387.1 | D2387 | 0.29 | Closed | Open |
| D2421.1 | D2421 | 0.09 | Closed | Open |

| | | | | |
|---|---|---|---|---|
| D2421.2 | D2421 | 0.13 | Closed | Open |
| D2434.1 | D2434 | 0.28 | Closed | Open |
| D2437.1 | D2437 | 0.38 | Closed | Open |
| D2471.1 | D2471 | 0.66 | Closed | Limited to Seasonal Use |
| D2482.1 | D2482 | 0.80 | Closed | Open |
| D2491.1 | D2491 | 0.62 | Closed | Open |
| D2510.1 | D2510 | 0.35 | Closed | Open |
| D2510.2 | D2510 | 0.03 | Closed | Open |
| D2512A.1 | D2512A | 1.38 | Closed | Open |
| D2520.1 | D2520 | 0.17 | Closed | Open |
| D2520.2 | D2520 | 1.18 | Closed | Open |
| D2562.1 | D2562 | 1.51 | Closed | Open |
| D2562.2 | D2562 | 0.70 | Closed | Open |
| D2624.1 | D2624 | 0.94 | Closed | Open |
| D2633.1 | D2633 | 0.68 | Closed | Open |
| D2624.2 | D2624 | 0.01 | Closed | Open |
| D2633.2 | D2633 | 0.05 | Closed | Open |
| D2664A.1 | D2664A | 1.40 | Closed | Open |
| D2680.1 | D2680 | 1.03 | Closed | Open |
| D2680.2 | D2680 | 1.44 | Closed | Open |
| D2763A.1 | D2763A | 0.53 | Closed | Open |
| D2771.1 | D2771 | 2.12 | Closed | Open |
| D2771.2 | D2771 | 0.02 | Closed | Open |
| D2845.1 | D2845 | 0.73 | Closed | Open |
| D2863.1 | D2863 | 0.95 | Closed | Open |
| D3589.1 | D3589 | 0.45 | Closed | Open |
| D3845.1 | D3845 | 1.22 | Closed | Open |
| D3868.1 | D3868 | 0.17 | Closed | Open |
| D3937A.1 | D3937A | 0.41 | Closed | Open |
| D1026B.2 | D1026B | 1.64 | Closed | Open |
| D1510.2 | D1510 | 0.04 | Closed | Open |
| D1515C.1 | D1515C | 0.06 | Closed | Open |
| D1515C.2 | D1515C | 0.05 | Closed | Open |
| D1515C.3 | D1515C | 0.08 | Closed | Open |
| D1520A.2 | D1520A | 0.33 | Closed | Open |
| D6940.1 | D6940 | 1.07 | Closed | Open |
| D2624.3 | D2624 | 0.13 | Closed | Open |
| D2624.4 | D2624 | 0.36 | Closed | Open |
| D2624.5 | D2624 | 0.62 | Closed | Open |
| D1510.3 | D1510 | 0.03 | Closed | Open |
| D7209.1 | D7209 | 0.04 | Closed | Open |
| D2375.2 | D2375 | 0.03 | Closed | Open |
| D1248.2 | D1248 | 0.12 | Closed | Open |
| D1248.3 | D1248 | 0.26 | Closed | Open |
| D1528.2 | D1528 | 0.10 | Closed | Limited to Seasonal Use |
| D2771.3 | D2771 | 0.12 | Closed | Open |
| D3494.1 | D3494 | 0.20 | Closed | Open |
| D1625A.3 | D1625A | 0.71 | Closed | Open |
| D1048A.2 | D1048A | 0.09 | Closed | Open |
| D1048B.1 | D1048B | 0.35 | Closed | Open |
| D1045.2 | D1045 | 0.28 | Closed | Open |
| D1045.3 | D1045 | 0.12 | Closed | Open |

| | | | | |
|---|---|---|---|---|
| D1059A.1 | D1059A | 0.15 | Closed | Open |
| D1223A.1 | D1223A | 1.93 | Closed | Limited to Seasonal Use |
| D1223B.1 | D1223B | 3.17 | Closed | Limited to Seasonal Use |
| D1659.1 | D1659 | 0.49 | Closed | Open |
| D1673A.2 | D1673A | 0.41 | Closed | Open |
| D1673A.3 | D1673A | 0.03 | Closed | Open |
| D1683.2 | D1683 | 0.09 | Closed | Open |
| D1685.6 | D1685 | 0.05 | Closed | Open |
| D1122B.1 | D1122B | 1.18 | Closed | Open |
| D1454.1 | D1454 | 0.44 | Closed | Open |
| D0022A.1 | D0022A | 0.61 | Closed | Open |
| D1398A.2 | D1398A | 0.64 | Closed | Open |
| D1248.4 | D1248 | 0.32 | Closed | Open |
| D1915.1 | D1915 | 0.71 | Closed | Open |
| D1527B.2 | D1527B | 0.52 | Closed | Limited to Seasonal Use |
| D1527B.3 | D1527B | 0.04 | Closed | Limited to Seasonal Use |
| D1507B.1 | D1507B | 0.73 | Closed | Open |
| D2014.3 | D2014 | 0.22 | Closed | Open |
| D1501.1 | D1501 | 0.30 | Closed | Open |
| D2624.6 | D2624 | 0.17 | Closed | Open |
| D2524.1 | D2524 | 0.14 | Closed | Open |
| D2524A.1 | D2524A | 0.08 | Closed | Open |
| D2524A.2 | D2524A | 0.37 | Closed | Open |
| D2387.2 | D2387 | 0.34 | Closed | Open |
| D2398I.1 | D2398I | 0.22 | Closed | Open |
| D1520A.3 | D1520A | 0.41 | Closed | Open |
| D1520A.4 | D1520A | 0.26 | Closed | Open |
| D1515B.1 | D1515B | 0.13 | Closed | Open |
| D1402A.2 | D1402A | 0.41 | Closed | Open |
| D1402A.3 | D1402A | 0.12 | Closed | Open |
| D1398A.3 | D1398A | 0.06 | Closed | Open |
| D1395.1 | D1395 | 0.53 | Closed | Open |
| D1398B.1 | D1398B | 0.31 | Closed | Open |
| D1248.5 | D1248 | 0.23 | Closed | Open |
| D1916.1 | D1916 | 0.29 | Closed | Open |
| D1908A.1 | D1908A | 0.51 | Closed | Open |
| D1829.1 | D1829 | 0.16 | Closed | Open |
| D1758B.5 | D1758B | 0.10 | Closed | Open |
| D1758B.6 | D1758B | 0.07 | Closed | Open |
| D1998A.1 | D1998A | 0.09 | Closed | Open |
| D2450A.1 | D2450A | 0.29 | Closed | Open |
| D2359.1 | D2359 | 0.87 | Closed | Open |
| D2385.1 | D2385 | 0.05 | Closed | Open |
| D2387.3 | D2387 | 0.06 | Closed | Open |
| D2678B.1 | D2678B | 0.57 | Closed | Open |
| D2840-A.1 | D2840 | 0.15 | Closed | Open |
| D2840-A.2 | D2840 | 0.20 | Closed | Open |
| D2763B.1 | D2763B | 0.43 | Closed | Open |
| D2763A.2 | D2763A | 0.18 | Closed | Open |
| D2845.2 | D2845 | 0.04 | Closed | Open |
| D2845.3 | D2845 | 0.03 | Closed | Open |
| D1660A.1 | D1660A | 0.41 | Closed | Open |

| D1019B.2 | D1019B | 1.28 | Closed | Open |
|---|---|---|---|---|
| DC2.1 | DC2 | 0.07 | Limited to TransSingleTrack | Open |
| DC3A.1 | DC3A | 2.12 | Closed | Open |
| DC3A.2 | DC3A | 0.35 | Closed | Open |
| DC2.2 | DC2 | 0.82 | Closed | Open |
| DC3A.3 | DC3A | 0.62 | Closed | Open |
| TTIP1.1 | TTIP1 | 6.89 | Limited to TransSingleTrack | Limited to TransOtherMotor(Less than 50") |
| D0022.1 | D0022 | 0.30 | Closed | Open |
| D1526B.2 | D1526B | 1.10 | Closed | Limited to Seasonal Use |
| DC3A.4 | DC3A | 0.38 | Closed | Open |
| DC3A.5 | DC3A | 1.54 | Closed | Open |
| D1527A.1 | D1527A | 0.48 | Closed | Open |
| D2761B.1 | D2761B | 1.14 | Closed | Open |
| D2840-A.3 | D2840 | 0.11 | Closed | Open |
| D2840-A.4 | D2840 | 2.83 | Closed | Open |
| D2840-A.5 | D2840 | 0.08 | Closed | Open |
| D2840-A.6 | D2840 | 0.42 | Closed | Open |