# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLUERIBBON COALITION, INC., *et al*., <br><br> and <br><br> STATE OF UTAH, *et al*., <br><br>   Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, et al., <br><br>   Defendants, <br><br>  and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br>   Intervenor-Defendant. | Case Nos. 2:23-cv-00923-DAK <br> 4:24-cv-00046-DAK <br><br><br> **[PROPOSED]** <br> **ORDER GRANTING UNOPPOSED** <br> **MOTION TO STAY PROCEEDINGS** <br><br><br><br><br> Judge Dale A. Kimball <br> Magistrate Judge Jared C. Bennett |

Before the Court is an Unopposed Motion to Stay Proceedings by Defendants U.S. Bureau of Land Management, et al, Dkt. 97. For good cause appearing, the motion is GRANTED. Defendants shall file a status report within five days of a decision in the Labyrinth/Gemini Bridges route reassessment process, or within 60 days of this order, whichever occurs first.

DATED this ___ day of December 2025.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge
