ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Federal Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLUERIBBON COALITION, INC., *et al.*,<br><br>and<br><br>STATE OF UTAH, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>    Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>    Intervenor-Defendant. | Case Nos.  2:23-cv-00923-DAK (lead)<br>         4:24-cv-00046-DAK<br><br><br><br>**DEFENDANTS' STATUS REPORT**<br><br><br><br>District Judge Dale A. Kimball<br>Magistrate Judge Jared C. Bennett |

These consolidated cases challenge the U.S. Bureau of Land Management ("BLM") Labyrinth/Gemini Bridges Travel Management Plan ("TMP").  The Court previously granted a stay of proceedings, based on the anticipation of a new BLM decision concerning route designations covered by the TMP.  *See* Order Granting Unopposed Mot. to Stay Proceedings, Dkt. 98.

BLM continues its reassessment of route designations, has invited public input, and continues to anticipate a new decision concerning the TMP.  Based on the foregoing, and the continuation of the circumstances indicated in Defendants' prior motion for stay, Defendants propose to file a further status report within five days of the issuance of a decision in the TMP route reassessment process, or within 60 days of filing this status report, whichever occurs first.

Respectfully submitted this 2nd day of February 2026.

>ADAM R.F. GUSTAFSON
>Principal Deputy Assistant Attorney General
>United States Department of Justice
>Environment & Natural Resources Division
>
> /s/ Paul A. Turcke
>PAUL A. TURCKE
>Trial Attorney
>Natural Resources Section
>1290 West Myrtle Street, Suite 500
>Boise, ID 83702
>Tel: (202) 532-5994
>paul.turcke@usdoj.gov
>
>*Attorneys for Defendants*