Robert Henneke (Admitted Pro Hac Vice)
Chance Weldon (Admitted Pro Hac Vice)
Matthew Miller (Admitted Pro Hac Vice)
Clayton Way Calvin (Admitted Pro Hac Vice)
TEXAS PUBLIC POLICY FOUNDATION
901 Congress Avenue
Austin, Texas 78741
(512) 472-2700
rhenneke@texaspolicy.com
cweldon@texaspolicy.com
mmiller@texaspolicy.com
ccalvin@texaspolicy.com

James Rogers (Utah Bar No. 18783)
Nicholas Barry (Admitted Pro Hac Vice)
AMERICAN FIRST LEGAL FOUNDATION
611 Pennsylvania Ave., SE #231
Washington, DC 20003
(202) 964-3721
nicholasbarry@aflegal.org
james.rogers@aflegal.org

Krystaly N. Koch (Utah Bar No. 16491)
FREEMAN LOVELL, PLLC
4568 S Highland Drive, Suite 290
Salt Lake City, Utah 84117
(385) 355-4826
krystaly.koch@freemanlovell.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLUERIBBON COALITION, INC.; PATRICK MCKAY; and COLORADO OFFROAD TRAIL DEFENDERS, <br><br> and <br><br> STATE OF UTAH, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT; U.S. DEPARTMENT OF THE INTERIOR, <br><br> *Defendants.* <br><br> and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br> *Intervenor-Defendant.* | Case Nos.   2:23-cv-00923-DAK <br>       4:24-cv-00046-DAK <br><br> **PLAINTIFFS' RESPONSE TO DEFENDANTS' STATUS REPORT** <br><br> Judge Dale A. Kimball <br> Magistrate Judge Jared C. Bennett |

1

This Court, on December 3, 2025, granted a stay of proceedings for 60 days from the date of its order or within five days of a decision from BLM concerning its route reassessment process for the TMP. *See* Dkt. 98 (Dec. 3, 2025). That grant followed a series of requested postponements made in consideration of potential changes to route designations covered by the TMP. *See, e.g.,* Dkt. 97 (Dec. 2, 2025), Dkt. 86 (Apr. 15, 2025). Furthermore, the period for public comment regarding the reassessment process closed over three months ago on October 24, 2025. BLM, *BLM reassesses routes in the Labyrinth/Gemini Bridges area*, (Sept. 24, 2025). Today, Defendants propose a further 60-day postponement, citing the "continuation of the circumstances indicated in Defendants' prior motion for stay." Dkt. 98, at 2. Despite the prior postponements, Defendants still "continue[] to anticipate a new decision concerning the TMP." *Id*. The original scheduling order for this case was entered over eighteen months ago on July 20, 2024. *See* Dkt. 65 (July 20, 2024).

Plaintiffs do not agree to an additional 60-day stay. Plaintiffs further object to rolling extensions for reasons stated in Plaintiffs' initial motion for a permanent injunction, namely that "Defendants plan to 'obliterate' the trails . . . through 'route reclamation.'" Dkt. 4, at 15 (Dec. 22, 2023). *See also* EA at 347-50. As this case persists, many of the current trails in the TMP are being "obliterated" both by "'engineering/grading'" and "'passive/natural reclamation.'" *Id*. In this case, continued trail "closure equals destruction, and once the trails are gone, they cannot be remade." Dkt. 4, at 16. The longer this litigation remains unresolved, the closer "Defendants' goal of obliterating the trails will be" to completion. *Id*. "What will be left is vast swaths of territory without any recognizable trails, and Plaintiffs will be legally foreclosed from remaking those trails even after they are successful in this legal challenge." *Id*.

Plaintiffs therefore do not agree to further staying proceedings in this case.

Dated: February 2, 2026

*/s/ Matthew Miller*
ROBERT HENNEKE
Texas Bar No. 24046058
rhenneke@texaspolicy.com
CHANCE WELDON
Texas Bar No. 24076767
cweldon@texaspolicy.com
MATTHEW MILLER
Texas Bar No. 24046444
mmiller@texaspolicy.com
CLAYTON WAY CALVIN
Texas Bar No. 24132780
ccalvin@texaspolicy.com
TEXAS PUBLIC POLICY FOUNDATION
901 Congress Avenue
Austin, Texas 78701
Telephone: (512) 472-2700
Facsimile: (512) 472-2728

JAMES ROGERS
Utah Bar No. 18783
NICHOLAS R. BARRY
Tennessee Bar No. 031963
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave, SE #231
Washington, DC 20003
nicholas.barry@aflegal.org
james.rogers@aflegal.org
Telephone: (202) 964-3721

KRYSTALY KOCH
Utah Bar No. 16491
FREEMAN LOVELL, PLLC
4568 S Highland Drive, Suite 290
Salt Lake City, Utah 84117
Telephone: (385) 355-4826
krystaly.koch@freemanlovell.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

     I hereby certify that on February 2, 2026, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will provide service to counsel for Defendants and Intervenor-Defendant.

                                                 */s/ Matthew Miller*
                                                 Matthew Miller