IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BLUERIBBON COALITION, INC., PATRICK MCKAY; and COLORADO OFFROAD TRAIL DEFENDERS,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, U.S. DEPARTMENT OF THE INTERIOR,<br><br>Defendants.<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Defendants-Intervenor. | ORDER<br><br>Case No. 2:23-CV-923-DAK-JCB<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Jared C. Bennett |

On December 3, 2025, this court granted an unopposed motion to stay proceedings pending the BLM's new decision on route designations in the Labyrinth/Gemini Bridges Travel Management Plan. That Order required Defendants to file a status report within five days of a decision in the Labyrinth/Gemini Bridges route reassessment process or within sixty days, whichever occurred first. BLM continues its reassessment of route designations, so it filed a status report on February 2, 2026. Plaintiffs filed a response to the status report, indicating that they do not agree to an additional 60-day stay. The court, however, is not reassessing whether to stay the case. The case is stayed pending the BLM's new decision concerning route designations covered by the Labyrinth/Gemini Bridges Travel Management Plan. The stay merely requires a status

update every sixty days. The court has previously indicated that going forward with the oral argument on the briefing previously submitted could all be for naught if BLM reverses its position on certain route designations. That unnecessary effort would be the definition of judicial inefficiency. Plaintiffs object to continuing the stay based on arguments about trail conditions that the court previously rejected when it denied Plaintiff's motion for preliminary injunction. Plaintiffs have not advanced any arguments convincing the court that it should lift the stay. Accordingly, the stay will remain in effect as previously entered.

DATED this 3rd day of February 2026.

BY THE COURT:

_____
DALE A. KIMBALL,
UNITED STATES DISTRICT JUDGE