DEREK BROWN (UT 10476)
Utah Attorney General
K. TESS DAVIS (15831)
ROGER FAIRBANKS (3792)
DAVID REAY (14764)
Assistant Attorneys General
KENDALL G. LAWS (14700)
Special Assistant Attorney General
1594 West North Temple, Suite 300
Salt Lake City, Utah 84116
P.O. Box 140
Salt Lake City, Utah 84114
tdavis@agutah.gov
rfairbanks@agutah.gov
dreay@agutah.gov
klaws@utah.gov

*Attorneys for Plaintiffs State of Utah, et al.*

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| BLUERIBBON COALITION, INC., et al.,<br><br>and<br><br>STATE OF UTAH, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, et al.,<br><br>    Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>    Intervenor-Defendant. | Case Nos. 2:23-cv-00923-DAK (lead)<br>4:24-cv-00046-DAK<br><br>**NOTICE OF APPEARANCE**<br><br><br>District Judge Dale A. Kimball<br>Magistrate Judge Jared C. Bennett |

The undersigned appears as counsel for **Plaintiffs State of Utah**.

Under Rule 5 of the Federal Rules of Civil Procedure, all further notices and copies of

pleadings, correspondence, papers, and other materials relevant to this action should be directed to and served on:

David Reay
Assistant Attorneys General
1594 W North Temple Salt Lake City, Utah 84116
dreay@agutah.gov

DATED this 12th day of March, 2026.

/s/ David Reay

David Reay
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2026, the undersigned electronically transmitted the foregoing **NOTICE OF APPEARANCE OF DAVID REAY AS COUNSEL FOR PLAINTIFFS** to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel of record:

/s/ David Reay
David Reay