ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Federal Defendants*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLUERIBBON COALITION, INC., *et al.*, <br><br> and <br><br> STATE OF UTAH, *et al.*, <br><br>     Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, *et al.*, <br><br>     Defendants, <br><br> and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br>     Intervenor-Defendant. | Case Nos.  2:23-cv-00923-DAK (lead) <br>              4:24-cv-00046-DAK <br><br><br><br> **DEFENDANTS' SECOND STATUS REPORT** <br><br><br><br><br><br> District Judge Dale A. Kimball <br> Magistrate Judge Jared C. Bennett |

These consolidated cases challenge the U.S. Bureau of Land Management ("BLM") Labyrinth/Gemini Bridges Travel Management Plan ("TMP").  The Court previously granted a stay of proceedings, based on the anticipation of a new BLM decision concerning route designations covered by the TMP.  *See* Order Granting Unopposed Mot. to Stay Proceedings, Dkt. 98.  Defendants thereafter filed a status report, Dkt. 99, and Plaintiffs BlueRibbon Coalition et al., filed a response in opposition, Dkt. 100.  The Court issued an order confirming that it "is not reassessing whether to stay the case" and concluded that "the stay will remain in effect as previously entered."  Order, Dkt. 101.

BLM has not completed its reassessment of route designations, but continues to anticipate a new decision concerning the TMP.  Based on the foregoing, Defendants acknowledge their obligation to file a further status report within five days of the issuance of a decision in the TMP route reassessment process, or within 60 days of filing this status report, whichever occurs first.

Respectfully submitted this 3rd day of April 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

 */s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

2