JASON DEFOREST (#14628)
ROGER R. FAIRBANKS (3792)
K. TESS DAVIS (15831)
Assistant Attorneys General
Utah Attorney General's Office
KENDALL G. LAWS (14700)
Special Assistant Attorney General
DEREK E. BROWN (10476)
UTAH ATTORNEY GENERAL
1594 West North Temple, Suite 300
Salt Lake City, Utah 84116
rfairbanks@agutah.gov
kaitlindavis@agutah.gov
jdeforest@agutah.gov
klaws@utah.gov

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF UTAH, SOUTHERN DIVISION

| | |
|---|---|
| BLUERIBBON COALITION, INC., *et al.,* <br><br> and <br><br> STATE OF UTAH, *et al.,* <br><br>     Plaintiffs, <br><br> vs. <br><br> U.S. BUREAU OF LAND MANAGEMENT, <br><br>     Defendants, <br><br> and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br>     Defendant-Intervenor. | Consolidated Case Nos.: <br><br>     4:24-cv-00046-DAK-JCB <br>     2:23-cv-00923-DAK-JCB <br><br><br> **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS** <br><br> District Judge Dale A. Kimball <br> Magistrate Judge Jared C. Bennett |

The undersigned appears as counsel for Plaintiffs (State of Utah) in the above-captioned case. Under Rule 5 of the Federal Rules of Civil Procedure, all further notices and copies of pleadings, correspondence, papers, and other materials relevant to this action should be directed to and served on:

Jason L. DeForest
Assistant Attorney General
1594 W North Temple
Salt Lake City, Utah 84116
jdeforest@agutah.gov

RESPECTFULLY SUBMITTED this 8th day of May, 2026.

*/s/ Jason DeForest*
JASON DEFOREST
*Assistant Attorney General*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May, 2026, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS to be served on the parties through the Court's electronic filing system.

 */s/ Jason DeForest*
JASON DEFOREST
*Assistant Attorney General*